UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                       Case No. 07-19845-BKC-RBR
                                             Chapter 11

LEVITT AND SONS, LLC                         rec # 294681

_____ Debtor. _____/

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

[Stamp: U.S. BANKRUPTCY COURT, SO. DISTRICT OF FLORIDA-Miami, APR - 6 2012, FILED___ RECEIVED___]

Notice is hereby given that:

The liquidating trustee has a balance of $635.25 remaining in the liquidating trustee's account which represents the Tennessee debtors' priority creditor distribution checks drawn and mailed to claimants. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.

Listed below, pursuant to Bankruptcy Rule 3011, are the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 4/5/12

JAMES S. FELTMAN, Trustee
One Biscayne Tower, Suite 1800
Miami, FL 33131
(305) 416-3316

Copies to:
U.S. Trustee

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - Tennessee Priority Tax Distribution

| Claimant Name | Address 1 | Address 2 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|---|
| Shelby Chancery Court | Clerk and Master Room 308 | 140 Adams | Memphis | TN | 38103 | 216 | $635.25 |
| Total | | | | | | | $635.25 |