UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:  Case No. 07-19845-BKC-RBR
Chapter 11

LEVITT AND SONS, LLC

rec.# 294680

_____ Debtor.   /

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The liquidating trustee has a balance of $33,436.60 remaining in the liquidating trustee's account which represents the Tennessee debtors' interim general unsecured creditor distribution checks drawn and mailed to claimants. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.

Listed below, pursuant to Bankruptcy Rule 3011, are the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 4/5/12

JAMES S. FELTMAN, Trustee
One Biscayne Tower, Suite 1800
Miami, FL 33131
(305) 416-3316

Copies to:
U.S. Trustee

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami
APR - 6 2012
FILED _____ RECEIVED

000000Levitt Sons, LLC Liquidating Trust
Case No. 07-19845
Undeliverable Funds - Tennessee Interim GUC Distribution

| Claimant Name | Address 1 | Address 2 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|---|
| Shelby Chancery Court | Clerk and Master Room 308 | 140 Adams | Memphis | TN | 38103 | 216 | $131.35 |
| National Security and Trust | Attn Frank Horton | 868 Mt Moriah | Memphis | TN | 38117 | 639 | $50.20 |
| Global Central Air Service | PO Box 343416 | | Bartlett | TN | 38184-3416 | 1410 | $792.72 |
| First Tennessee Bank National Association | First Horizon National Corporation | 6522 Chapman Hwy | Knoxville | TN | 37920 | 3243 | $2,318.74 |
| Bankcard Center Visa | PO Box 385 | | Memphis | TN | 38101-0385 | 584844 | $1,759.40 |
| Comcast Commercial | PO Box 37601 | | Philadelphia | PA | 19101-0601 | 584854 | $206.77 |
| Sprint | PO Box 740602 | | Cincinnati | OH | 45274-0602 | 584871 | $165.66 |
| Bledsoe, James Eddie | 1194 Springdale Street | | Memphis | TN | 38108 | 584895 | $103.39 |
| Memphis Ceramic Tile, Inc. | 1735 Locheam Drive | | Memphis | TN | 38116 | 584903 | $138.38 |
| Baker, Cara | 9042 Fitcher Park Cove | | Cordova | TN | 38018 | 585144 | $10,159.71 |
| Olds, Debbie | 5306 Hidden Meadows Dr. | | Arlington | TN | 38002 | 585145 | $6,379.45 |
| McKeigney, John | 8457 Chippingham Drive | | Cordova | TN | 38016 | 585147 | $11,222.48 |
| Sunrise Builders Supply | 2302 Nail Road | | Horn Lake | MS | 38637 | Scheduled | $8.35 |
| | | | | | | | $33,436.60 |