UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                           Case No. 07-19845-BKC-RBR
                                                 Chapter 11

LEVITT AND SONS, LLC

                    Debtor.        /

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

  The liquidating trustee has a balance of $13,019.70 remaining in the liquidating trustee's account which represents "special deposit holder" distribution checks drawn and mailed to claimants. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.

  Listed below, pursuant to Bankruptcy Rule 3011, are the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

  WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 4/5/12

                 JAMES S. FELTMAN, Trustee
                 One Biscayne Tower, Suite 1800
                 Miami, FL 33131
                 (305) 416-3316

Copies to:
U.S. Trustee

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - Special Deposit Holder Distribution

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| Alves, Frank and Natalie P Pedro | 3520 Magellan Circle, No 734 | Aventura | FL | 33180 | 25 | $1,640.47 |
| Murphy, Carolyn K | 15312 Hayworth Drive | Winter Garden | FL | 34787 | 145 | $922.97 |
| Tromski, Dale & Leslie | 12506 Melyina | Palos Hgts | IL | 60463 | 622 | $777.06 |
| Gallagher, James and Louise | 5 Chalden Court | Huntington Station | NY | 11746 | 121146 | $3,530.37 |
| Rusin, Robert J & Janet M | 128 Cedar Ridge Cir | St. Augustine | FL | 32080 | 121269 | $2,080.90 |
| Bogardus, Yvonne | 308 White Oak Way | Canton | GA | 30114 | 121316 | $1,167.81 |
| Eggerding, John & Carol | 4617 Ivy Gate Circle | Smyrna | GA | 30080 | 121402 | $1,724.68 |
| Bennett, Charles & Stephanie | 3444 St Ives Blvd. | Spring Hill | FL | 34609 | 121405 | $1,175.44 |
| | | | | | | |
| | | | | | | |
| Total | | | | | | $13,019.70 |