R# 294858

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No. 07-19845-BKC-RBR
                                          Chapter 11

LEVITT AND SONS, LLC

_____Debtor._____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The liquidating trustee has a balance of $73,359.00 remaining in the liquidating trustee's account which represents the priority creditor distribution checks drawn and mailed to claimants. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.

Listed below, pursuant to Bankruptcy Rule 3011, are the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 4/19/12

JAMES S. FELTMAN, Trustee
One Biscayne Tower, Suite 1800
Miami, FL 33131
(305) 416-3316

Copies to:
U.S. Trustee

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - Priority Distribution

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| Donovan, William C and Steinhif | 13819 Cornflower Court | Wellingon | FL | 33414 | 1218 | $2,425.00 |
| Seelie, Vivian | 36550 Chester Road | Avon | OH | 44011 | 1255 | $2,425.00 |
| Heaven, Noreen A Grant & Zenia | 12845 Owasso Lane | Clermont | FL | 34711 | 1654 | $2,425.00 |
| Conlon, Terrance and Cindy | 3644 Lone Indian Trail | Marietta | GA | 30066-1757 | 1967 | $2,425.00 |
| Medina, Edgar | 10063 Shadow Creek Drive | Orlando | FL | 32832 | 2129 | $2,425.00 |
| Miller, Linda and Edgar | PO Box 1338 | La Belle | FL | 33975 | 2333 | $2,450.00 |
| Kim, Peter | 738 E Michigan Street, Unit 101 | Orlando | FL | 32806 | 3647 | $2,425.00 |
| Alessandro, Thomas J and Maria B | c/o Gerard M. Kouri, Esq., 10021 Pines Blvd, Suite 202 | Pembroke Pines | FL | 33024-6194 | 4145 | $2,425.00 |
| Levine, Jon M and Linda | 347 NW Sunview Way | Port St. Lucie | FL | 34986 | 4262 | $2,425.00 |
| Spaide, Marie | 4515 Walking Stick Lane | Gainesville | GA | 30506 | 121403 | $2,450.00 |
| Boeve, Terry and Jeanette | 8787 Southside Blvd, No. 4706 | Jacksonville | FL | 32257 | Scheduled | $2,450.00 |
| Eggerding, John and Carol | 4617 Ivy Gate Circle | Smyrna | GA | 30080 | Scheduled | $2,450.00 |
| Funderburke, Sandra | 1129 Dappled Elm Lane | Winter Springs | FL | 32708 | Scheduled | $2,450.00 |
| Gallagher, James and Louise | 5 Chalden Court | Huntington Station | NY | 11746 | Scheduled | $2,450.00 |
| Goodwin, Michael | 270 Hawthorne Groves Blvd., No. 203 | Orlando | FL | 32835 | Scheduled | $2,450.00 |
| Johnson, John J and Dolores M | 117 Hartford Ave East | Mendon | MA | 01756 | Scheduled | $2,450.00 |
| Kaviani, Kameron | 3041 Ashford Park Place | Oviedo | FL | 32765 | Scheduled | $2,450.00 |
| Kryvoruka, John and Rachel | 4231 S Franklinia Street | St. Augustine | FL | 32092 | Scheduled | $2,450.00 |
| Moreira, Dr. Martin R | 1456 Heritage Road | Gainesville | GA | 30501 | Scheduled | $2,450.00 |
| Petrie, Allen and Alison | 112 Avery Lake Drive | Winter Springs | FL | 32708 | Scheduled | $2,450.00 |
| Rivera, Ferdinand | 2679 Andros Lane | Kissimmee | FL | 34747 | Scheduled | $2,450.00 |
| Rusin, Robert J and Janet M | 128 Cedar Ridge Circle | St. Augustine | FL | 32080 | Scheduled | $2,450.00 |
| Schuck, Carol and William | 3108 Deer Trail | Alpharetta | GA | 30004 | Scheduled | $2,450.00 |
| Schueneman, Timothy and Kathy | 807 Massachusetts Ave | St. Cloud | FL | 34769 | Scheduled | $2,450.00 |
| Young, Ron and Grace | c/o Ray LLC, 512 Green Street | | | | Scheduled | $2,450.00 |
| St Lucie County Fire District | 2400 Rhode Island Avenue | Ft. Pierce | FL | 34950 | Scheduled | $109.00 |
| Frank Alves and Natalie Pedro | 3520 Magellan Circle, No. 734 | Aventura | FL | 33180 | Scheduled | $2,425.00 |
| James and Patricia Bell | PO Box 729 | Anna Maria | FL | 34216 | Scheduled | $2,425.00 |
| Alfredo Hernandez and Susan Grafton | | | | | Scheduled | $2,450.00 |
| Craig Hyatt | 6621 Whitegate Road | Clarksville | MD | 21029 | Scheduled | $2,450.00 |
| Marisol and Carmen S. Ortiz | 200 Pasco Terraza, No. 304 | St. Augustine | FL | 32095 | Scheduled | $2,450.00 |
| Total | | | | | | $73,359.00 |