UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Case No. 07-19845-BKC-RBR
Chapter 11

LEVITT AND SONS, LLC

                                                                    U.S. COURT
                                                                    SOUTHERN DISTRICT OF FLORIDA

                                                                    MAY -1 2012

_____ Debtor. ____/

NOTICE OF DEPOSIT OF FUNDS WITH THE      RECEIVED
U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The liquidating trustee has a balance of $143,585.84 remaining in the liquidating trustee's account which represents the general unsecured creditor interim distribution checks drawn and mailed to claimants. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.

Listed below, pursuant to Bankruptcy Rule 3011, are the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 4/30/12

JAMES S. FELTMAN, Trustee
One Biscayne Tower, Suite 1800
Miami, FL 33131
(305) 416-3316

Copies to:
U.S. Trustee

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - LAS General Interim GUC Distribution

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| Alves, Frank and Natalie P Pedro | 3250 Magellan Circle, No 734 | Aventura | FL | 33180 | 19 | $113.35 |
| Portable Sanitation & Service Inc. | PO Box 47281 | Jacksonville | FL | 32247 | 20 | $135.81 |
| Alves, Frank and Natalie P Pedro | 3250 Magellan Circle, No 734 | Aventura | FL | 33180 | 25 | $1,038.28 |
| Duncan Parell Corporate | PO Box35649 | Charlotte | NC | 28235 | 129 | $19.67 |
| Solidtop Specialists Inc. | 98 SE 7th Street | Deerfield Beach | FL | 33441 | 136 | $185.43 |
| Solidtop Specialists Inc. | 98 SE 7th Street | Deerfield Beach | FL | 33441 | 137 | $111.60 |
| Solidtop Specialists Inc. | 98 SE 7th Street | Deerfield Beach | FL | 33441 | 138 | $107.07 |
| Murphy, Carolyn K | 15312 Hayworth Drive | Winter Garden | FL | 34787 | 145 | $584.16 |
| SignWay Inc. | PO Box 195486 | Winter Springs | FL | 32719 | 152 | $333.12 |
| Solidtop Specialists Inc. | 98 SE 7th Street | Deerfield Beach | FL | 33441 | 199 | $115.65 |
| Wade, Fitzgerald A and Fay E | 5024 Odessa Road | College Park | MD | 20740 | 222 | $838.36 |
| Murray Jr., William | 3500 Ballybridge Cr. No. 102 | Bonita Springs | FL | 34134 | 367 | $836.67 |
| HFS Orlando Inc. | 4197 Seaboard Road | Orlando | FL | 32808 | 397 | $99.92 |
| Termini, Michael | 15 Marina Drive | Bayonne | NJ | 07002 | 411 | $13.13 |
| Print Dorection, Inc./Gwinnett Banking Co. | PO Box 955 | Lawrenceville | GA | 30046 | 446 | $34.99 |
| Lloyd, Rockelle | 250 West 131 Street, Apt 3C | New York | NY | 10027 | 491 | $7.54 |
| Hoberg, Dale and Judy | 612 Winding Way | Hartwell | GA | 30643 | 499 | $17.33 |
| Webconcepts, Inc. | 4441 Bee Ridge Road No. 453 | Sarasota | FL | 34233 | 524 | $65.60 |
| Zemmel, Philip A | 7907 Sunburst Terrace | Lake Worth | FL | 33467 | 556 | $26.08 |
| D&S Plumbing Inc. North Florida | 306 Rhame Street | Manning | SC | 29102 | 565 | $43.91 |
| Vincent, Louis | 107 Olympus Drive | Ocoee | FL | 34761 | 566 | $125.88 |
| Tromski, Dale & Leslie | 12506 Melyina | Palos Heights | IL | 60463 | 622 | $491.81 |
| Newsday, Inc. | PO Box 9575 | Uniondale | NY | 11555 | 647 | $299.90 |
| Hoberg, Dale and Judy | 612 Winding Way | Hartwell | GA | 30643 | 659 | $87.28 |
| Amy H Goldin PA | 965 N Nob Hill Road No 208 | Plantation | FL | 33324 | 700 | $114.38 |
| Kappes Electric Corp | 4020 Kidron Road Ste 4 | Lakeland | FL | 33811 | 713 | $945.64 |
| Kappes Electric Corp | 4020 Kidron Road Ste 4 | Lakeland | FL | 33811 | 714 | $644.75 |
| Digital Technographies Inc. | 590 NW Peacock Blvd Ste 8 | Port Saint Lucie | FL | 34986 | 732 | $15.31 |
| Mobile Information Services Inc. | 10211 W Sample Road Ste 202 | Coral Springs | FL | 33065 | 745 | $15.54 |
| Lake Blue | 13649 Granville Avenue | Clermont | FL | 34711 | 826 | $7.04 |
| GE Capital Modular | PO Box 641595 | Pittsburgh | PA | 15264-1595 | 932 | $134.43 |
| Gatesystems Unlimited Inc. | 8060 Belvedere Road Unit No 9 | West Palm Beach | FL | 33411 | 967 | $309.71 |
| Ellipt Iq Inc. | 256 Commerce Drive No 450 | Peachtree City | GA | 30269 | 1027 | $15.20 |
| Widergrin, Bob and Pat, c/o Todd Widergrin | 384 NW Palm Drive | Lake City | FL | 32055 | 1124 | $202.66 |
| Donovan, William C & Steinhof | 13819 Cornflower Court | Wellington | FL | 33414 | 1218 | $1,692.82 |
| Bell South Long Distance dba AT&T Long Dist Svce | Attn: Treasury 1025 Lennox Park Blvd 9B33 | Atlanta | GA | 30019 | 1226 | $325.94 |
| Energy Air Inc. | 2114 S Orange Blossom Trail | Apopka | FL | 32703 | 1258 | $5,024.81 |
| Energy Air Inc. | 2114 S Orange Blossom Trail | Apopka | FL | 32703 | 1259 | $1,254.27 |
| Top South Inc. | 830 Pickens Industrial Drive | Marietta | GA | 30062-3103 | 1265 | $2,110.06 |
| Moreland, Margaret | 7386 Victoria Drive | Warrenton | VA | 20187-7244 | 1279 | $1,242.79 |
| Min, Yong | 207 McLeads Way | Winter Springs | FL | 32708 | 1360 | $4.69 |
| De Paziz, Adriana and Donna Richmond | 7832 Toucan Drive | Orlando | FL | 32822 | 1361 | $270.21 |
| Andrews Cleaning Inc. | PO Box 2022 | Riverview | FL | 33568 | 1408 | $47.12 |
| Quality Construction | 1825 Lockeway Drive, Suite 203 | Alpharetta | GA | 30004 | 1478 | $5,590.23 |
| Quality Construction | 1825 Lockeway Drive, Suite 203 | Alpharetta | GA | 30004 | 1608 | $9,630.86 |

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - LAS General Interim GUC Distribution

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| Lewis, Rodney B and Sharon | 870 La Quinta Lp | Murrells Inlet | SC | 29576 | 1618 | $2.36 |
| Abarbanel, Ian | 107 Bartram Trail N | San Matteo | FL | 32187 | 1625 | $1,441.06 |
| Heaven, Noreen A and Grant & Zenia C | 12845 Owasso Lane | Clermont | FL | 34711 | 1654 | $1,103.43 |
| Business Printing Solutions Inc. | 1263 Barnes Street NW | Atlanta | GA | 30318 | 1658 | $106.34 |
| Business Printing Solutions Inc. | 1263 Barnes Street NW | Atlanta | GA | 30318 | 1659 | $72.23 |
| The Kitchen Works | 3811 University Blvd W No 28 | Jacksonville | FL | 32217 | 1909 | $508.97 |
| Business Printing Solutions Inc. | 1263 Barnes Street NW | Atlanta | GA | 30318 | 2083 | $124.85 |
| Medina, Edgar | 10063 Shadow Creek Drive | Orlando | FL | 32832 | 2129 | $607.97 |
| Larkin, James and Ruby H Little | PO Box 881531 | Port Saint Lucie | FL | 34988 | 2178 | $39.23 |
| Impire Corp | 711 Business Park Blvd, Suite 101 | Winter Garden | FL | 34787 | 2227 | $1,950.00 |
| Gatesystems Unlimited Inc. | 8060 Belvedere Road Unit No 9 | West Palm Beach | FL | 33411 | 2265 | $764.35 |
| Miller, Linda and Edgar | PO Box 1338 | La Belle | FL | 33975 | 2333 | $823.22 |
| Building Prep Services LLC, Kimberly Carroll | 668 Tupelo Drive, Unit 9H | Longs | SC | 29568 | 2414 | $523.53 |
| Engleber, Stephen and Diana | 504 Avery Creek Pointe | Woodstock | GA | 30188 | 2665 | $130.62 |
| Buist Moore Smythe Mcgee | Attn William T Dawson III, Esq. PO Box 999 | Charleston | SC | 29402 | 2688 | $200.55 |
| Jackson EMC | PO Box 100 | Jefferson | GA | 30549 | 2715 | $475.04 |
| Move Sales Inc. Attn Accts Receivable | PO Box 13239 | Scottsdale | AZ | 85267 | 2970 | $51.98 |
| Wbe Construction LLC Willard Brothers Construction | 5391 Nob Hill Road | Sunrise | FL | 33351 | 2998 | $309.51 |
| Garrard Carpentry Inc. Attn Louis Garrard | PO Box1430 | Auburdale | FL | 33823 | 3005 | $1,500.26 |
| WKHX FM WYAY FM c/o Szabo Associates Inc. | 3355 Lennox Road 9th Floor | Atlanta | GA | 30326 | 3109 | $272.02 |
| Home Town Cable TV LLC | 10486 SW Village Center Drive | Port Saint Lucie | FL | 34987 | 3121 | $1,910.57 |
| Laurel Canyon Community Assn Inc. | 690 Miami Circle Ste 500 | Atlanta | GA | 30324 | 3144 | $1,815.80 |
| Hester, Richard and Sandra | 83203 Broadmoor Drive | Indio | CA | 92203 | 3198 | $820.22 |
| Vandergeest, Linda | 12 Half Moon Trail | Ladera Ranch | CA | 92694 | 3303 | $26.14 |
| Town Hall Amenities Center Assn Inc. | 14055 Riveredge Dr Ste 225 | Tampa | FL | 33637 | 3373 | $1,160.88 |
| Harrison, June Colleen, Leigh Tucker Atty | 713 W Montrose Street | Clermont | FL | 34711 | 3385 | $7.94 |
| Harrison, June Colleen, Leigh Tucker Atty | 713 W Montrose Street | Clermont | FL | 34711 | 3386 | $328.36 |
| Bell, James C and Patricia D | PO Box 729 | Anna Maria | FL | 34216 | 3388 | $255.85 |
| Reaven, darryl J and Ida Bisker | 5144 Aurora Lake Cir | Greenacres | FL | 33463 | 3412 | $162.43 |
| Menold, Ron and Deanna | 21849 Royal St Georges Lane | Leesburg | FL | 34748 | 3438 | $471.58 |
| Harrison, June Colleen, Leigh Tucker Atty | 713 W Montrose Street | Clermont | FL | 34711 | 3473 | $127.75 |
| Harrison, June Colleen, Leigh Tucker Atty | 713 W Montrose Street | Clermont | FL | 34711 | 3478 | $7.97 |
| Adcock, James Mark | 2624 Sugar Loaf Lane | Ft. Lauderdale | FL | 33312 | 3486 | $2.20 |
| Sudeall, Joyce | 201 Bayou Bend Road | Groveland | FL | 34736 | 3565 | $168.88 |
| Cuozzo, Rose, Christopher H Morrison, Esq. | 1215 Louisiana Ave | Winter Park | FL | 32789 | 3623 | $409.53 |
| Aarmada Protection Systems 200 Inc. | Dantzler Law Offices 433 Plaza Real Suite 275 | Boca Raton | FL | 33432 | 3620 | $865.55 |
| Sadri, Nadler F and Karlene B | 32 Rapids Court | North Augusta | SC | 29841 | 3654 | $31.24 |
| McLeod Land Services Inc. | PO Box 21057 | Sarasota | FL | 34276 | 3730 | $5,482.84 |
| Cutchin, Marlene | 106 Crepe Myrtle Drive | Groveland | FL | 34736 | 4015 | $67.55 |
| Santee Cooper Electric, Cathy G Harkness | One Riverwood Drive | Moncks Corner | SC | 29461 | 4022 | $6.23 |
| Mcallister, Bruce and Cathy Matthews | 4845 Santa Rosa Ave | Titusville | FL | 32780 | 4050 | $198.00 |
| Grimes Goebel Hawkins, Sacha Ross Esq. | 1023 Manatee Ave W | Bradenton | FL | 34205 | 4181 | $275.13 |
| Morris, Kelsey and Erika Marsingill | 2711 Holiday Woods Drive | Kissimmee | FL | 34744 | 4198 | $580.44 |
| Liberty Mutual Surety | | | | | 4303 | $1,171.07 |
| Liberty Mutual Surety | | | | | 4303 | $780.20 |

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - LAS General Interim GUC Distribution

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| City of Canton | 151 Elizabeth Street | Canton | GA | 30114 | 120337 | $888.72 |
| Horry City Code Enforcement | 1301 Second Ave | Conway | SC | 29526 | 120344 | $71.57 |
| Funderburke, Sandra | 1129 Dappled Elm Lane | Winter Springs | FL | 32708 | 120961 | $246.53 |
| Schueneman, Timothy and Kathy | 807 Massachussetts Ave | St. Cloud | FL | 34769 | 120963 | $315.50 |
| Kaviani, Kameron | 3041 Ashford Park Place | Oviedo | FL | 32765 | 121054 | $451.32 |
| Reidlich, George and Carole | 7400 Granville Drive | Tamarac | FL | 33321 | 121139 | $2,265.60 |
| Gallagher, James and Louise | 5 Chalden Court | Huntington Station | NY | 11746 | 121146 | $2,234.42 |
| Boeve, Terry and Jeanette | 8787 Southside Blvd. No. 4706 | Jacksonville | FL | 32257 | 121196 | $921.75 |
| Hernandez, Alfredo and Susan Grafton | | | | | 121206 | $876.02 |
| Ortiz, Marisol and Car,en S | 200 Pasco Terraza No 304 | St. Augustine | FL | 32095 | 121251 | $86.13 |
| Riddleburger, Paul Linwood | 27 Williams Drive | Palm Coast | FL | 32164 | 121259 | $695.45 |
| Rusin, Robert J and Janet M | 128 Cedar Ridge Circle | St. Augustine | FL | 32080 | 121269 | $1,317.03 |
| Young, Ron and Grace c/o Ray LLC | 512 Green Street | | | | 121271 | $86.13 |
| Rivera, Ferdinand | 2679 Andros Lane | Kissimmee | FL | 34747 | 121283 | $134.53 |
| Bogardus, Yvonne | 308 White Oak Way | Canton | GA | 30114 | 121316 | $739.12 |
| Schuck, Carol and William | 3108 Deer Trail | Alpharetta | GA | 30004 | 121321 | $816.71 |
| Horowitz, Carol R | 2070 Winamar Place | Escondido | CA | 92029 | 121324 | $1,276.77 |
| Sloan, Marlin A Jr and Sara J | 4317 Winderlakes Drive | Orlando | FL | 32835 | 121351 | $347.89 |
| Florsheim, Vicki | 3170 Deep Water Drive | Gainesville | GA | 30506 | 121371 | $844.03 |
| Chaffin, Ellen | 4111 Cherokee Trail | Gainesville | GA | 30504-5343 | 121394 | $397.58 |
| Eggerding, John and Carol | 4617 Ivy Gate Circle | Smyrna | GA | 30080 | 121403 | $1,091.57 |
| Spaide, Marie | 4515 Walking Stick Lane | Gainesville | GA | 30506 | 121403 | $1,187.70 |
| Bennett, Charles and Stephanie | 3444 St Ives Blvd | Spring Hill | FL | 34609 | 121405 | $743.95 |
| Hyatt, Craig | 6621 Whitegate Road | Clarksville | MD | 21029 | 121438 | $927.83 |
| Johnson, John J and Delores M | 117 Hartford Ave East | Mendon | MA | 01756 | 121471 | $1,300.75 |
| Shanahan, John | 157 Richdale Road | Needham | MA | 02494 | 121535 | $325.94 |
| Goodwin, Michael | 270 Hawthorne Groves Blvd No 203 | Orlando | FL | 32835 | 121543 | $904.39 |
| Chun, Myung C and Evn R | 153 Chicago Woods Circle | Orlando | FL | 32824 | 121547 | $656.37 |
| Servicemaster of SW Seminole | 1718 Kennedy Pt No 1016 | Oviedo | FL | 32765 | 584645 | $25.04 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 584648 | $0.43 |
| B Shea Inc | 1650 Forest Ave Ste 100 | Longwood | FL | 32750 | 584664 | $12.67 |
| Browncorp Construction Contracting Inc | 13603 Granville Ave | Clermont | FL | 34711 | 584667 | $5.30 |
| Charles M Clark Inc | 4440 Metric Dr Ste E | Winter Park | FL | 32792 | 584668 | $6.76 |
| JCI Painting Corp & MA Bruder & Sons | 2183 Beardsley Drive | Apopka | FL | 32703 | 584674 | $1.95 |
| MA Bruder & Sons Inc | 600 Reed Road | Broomall | PA | 19008 | 584677 | $56.08 |
| Marotta Enterprises Inc Central Florida | 4855 Distribution Ct Unit 9 | Orlando | FL | 32822 | 584678 | $77.04 |
| Diligent Central Florida Environmental Services | PO Box 403929 | Atlanta | GA | 30384 | 584731 | $68.70 |
| Home Depot Credit Services | PO Box 6031 | The Lakes | NV | 88901 | 584743 | $10.60 |
| K&B Drywall & Painting Svc LLC Central Florida | 20432 Melville Street | Orlando | FL | 32833 | 584749 | $226.94 |
| Marotta Enterprises Inc Central Florida | 4855 Distribution Ct Unit 9 | Orlando | FL | 32822 | 584755 | $23.85 |
| Reliant Building Products Central Florida | 19976 Independence Blvd | Groveland | FL | 34736 | 584765 | $20.72 |
| Specialty Builder Services In | 1950 W New Hamshire Street Suite B | Orlando | FL | 32804 | 584777 | $17.29 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 584784 | $12.41 |
| AAA Digital Imaging | PO Box 80710 | Chamblee | GA | 30341 | 584785 | $1.27 |
| Modspace | PO Box 641595 | Pittsburgh | PA | 15264-1595 | 584814 | $20.96 |

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - LAS General Interim GUC Distribution

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| Simon Meyer LLC | 2221 Peachtree Road NE Ste D 627 | Atlanta | GA | 30309 | 584823 | $17.73 |
| D&S Diversified Inc. | 6613 Imperial Oak Lane | Orlando | FL | 32819 | 584692 | $1,195.63 |
| Diligent Central Florida Environmental Services | PO Box 403929 | Atlanta | GA | 30384 | 584965 | $27.22 |
| Holloway Plumbing Co Inc Central Florida | 6819 Edgewater Drive | Orlando | FL | 32810 | 584978 | $3.55 |
| Home Depot Credit Services | PO Box 6031 | The Lakes | NV | 88901 | 584979 | $23.66 |
| MA Bruder & Sons Inc | 600 Reed Road | Broomall | PA | 19008 | 584991 | $34.18 |
| Marotta Enterprises Inc Central Florida | 4855 Distribution Ct Unit 9 | Orlando | FL | 32822 | 584992 | $36.92 |
| Servicemaster of SW Seminole | 1718 Kennedy Pt No 1016 | Oviedo | FL | 32765 | 585014 | $12.92 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 585020 | $22.64 |
| Custom Storm Shutters | 215 SE 8th Avenue | Boynton Beach | FL | 33435 | 585025 | $232.51 |
| Residential Kitchen Designs Inc. | 2245 W 10th Avenue | Hialeah | FL | 33010 | 585033 | $161.11 |
| Comcast | PO Box105184 | Atlanta | GA | 30348-5184 | 585054 | $7.31 |
| Modspace | PO Box 641595 | Pittsburgh | PA | 15264-1595 | 585085 | $25.37 |
| The W Barrett Pool People | 2150 SW 10th Street | Deerfield Beach | FL | 33442 | 585094 | $17.90 |
| The Pool People West Inc. | 2150 SW 10th Street | Deerfield Beach | FL | 33442 | 585095 | $1,027.27 |
| Reeves Refinishing | 1505 James Ave | Lehigh Acres | FL | 33972 | 585103 | $2.87 |
| Southwest Florida Sweepers Inc. | 21531 N River Road | Alva | FL | 33920 | 585106 | $87.56 |
| False Alarm Reduction Unit Leso | 14750 Six Mile Cypress Parkway | Ft. Myers | FL | 33912 | 585108 | $3.38 |
| Giftbusters Inc. | PO Box 26733 | Tampa | FL | 33623-6733 | 585113 | $52.85 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 585132 | $5.29 |
| Bennett, Rebecca | 9606 Kings Grant Drive | Murrells Inlet | SC | 29576 | 585140 | $59.33 |
| Marotta Enterprises Inc Central Florida | 4855 Distribution Ct Unit 9 | Orlando | FL | 32822 | 585182 | $14.22 |
| Home Builder Real Estate Services Inc. Hbres | 4865 N Hwy A1A Ste 14D | Vero Beach | FL | 32963 | 585198 | $35.90 |
| Ace Blueprinting Inc. | 5601 N Powerline Road Ste 407 | Ft. Lauderdale | FL | 33309 | 585212 | $5.06 |
| Alpha Door and Hardware Inc. | 6601 Lyons Road Ste 6 | Coconut Creek | FL | 33073 | 585218 | $1,022.13 |
| Diligent Central Florida Environmental Services | PO Box 403929 | Atlanta | GA | 30384 | 585248 | $9.06 |
| Elite Portection Service | PO Box 890122 | Charlotte | NC | 28289 | 585251 | $634.73 |
| Flowers by Susan | 130 Port Saint Lucie Blvd | Port Saint Lucie | FL | 34984 | 585254 | $3.41 |
| Giftbusters Inc. | PO Box 26733 | Tampa | FL | 33623-6733 | 585257 | $70.86 |
| Modspace | PO Box 641595 | Pittsburgh | PA | 15264-1595 | 585262 | $15.05 |
| The W Barrett Pool People | 2150 SW 10th Street | Deerfield Beach | FL | 33442 | 585277 | $4.05 |
| St Lucie Fire District | 2400 Rhose Island Ave | Ft. Pierce | FL | 34950 | 585290 | $3.67 |
| Scripps Treasure Coast Newspaper | Dept AT 40237 | Atlanta | GA | 31192-0237 | 585294 | $297.90 |
| Tropic Floors | 4310 SW Port Way | Palm City | FL | 34990 | 585315 | $4,592.12 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 585324 | $12.89 |
| Berta Management of FL Corp Associates Inc. | 7777 Glades Road No 310 | Boca Raton | FL | 33434 | 585333 | $1,601.30 |
| Classic Pavers of Central Florida LLC | 1600 W Fairbanks Ave | Winter Park | FL | 32789 | 585347 | $53.22 |
| Custom Storm Shutters | 215 SE 8th Avenue | Boynton Beach | FL | 33435 | 585360 | $206.17 |
| D&S Diversified Inc. | 6613 Imperial Oak Lane | Orlando | FL | 32819 | 585361 | $4.57 |
| Facfind Inc. | 6230 Fairview Road Ste 108 | Charlotte | NC | 28210 | 585366 | $632.68 |
| First American Title Insurance Co. | 2233 Lee Road, Ste 101 | Winter Park | FL | 32789 | 585637 | $2.10 |
| Public Storage | 21000 Boca Rio Road Ste A31 | Boca Raton | FL | 33433 | 585397 | $10.50 |
| Sheppard Electric Central Florida | 6512 Pinecastle Blvd | Orlando | FL | 32809 | 585406 | $104.53 |
| Showcase Events Inc. | 14620 Bournemouth Road | Tampa | FL | 33626 | 585407 | $1,275.99 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 585422 | $10.67 |

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - LAS General Interim GUC Distribution

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| Aloha Swimming Pool Co | PO Box 50131 | Jacksonville | FL | 32225 | 585433 | $37.15 |
| Beckys Cleaning Enterprises Inc. | 9732 Nimitz Ct N | Jacksonville | FL | 32246 | 585444 | $172.45 |
| Brothers Concrete Two In Central Florida | 5414 Sharon Ter | Jacksonville | FL | 32207 | 585447 | $25.33 |
| Commercial Sand and Gravel Inc/ | 2873 Burris Road | Orange Park | FL | 32065 | 585460 | $54.21 |
| The Florida Times Union | PO Box 45008 | Jacksonville | FL | 32232 | 585485 | $685.47 |
| Giftbusters Inc. | PO Box 26733 | Tampa | FL | 33623-6733 | 585488 | $5.19 |
| Home Depot Credit Services | PO Box 6031 | The Lakes | NV | 88901 | 585489 | $23.24 |
| Labor Finders Ft. Pierce | PO Box 2382 | Ft. Pierce | FL | 34954 | 585501 | $19.18 |
| Servpro of Jacksonville South | PO Box 441626 | Jacksonville | FL | 32222 | 585537 | $13.45 |
| Surface Specialists of Jacksonville Inc. | 406 Madison Ave No 7 | Orange Park | FL | 32065 | 585548 | $66.54 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 585563 | $23.72 |
| AAA Digital Imaging | PO Box 80710 | Chamblee | GA | 30341 | 585569 | $1.19 |
| Calvary Chapel Port St. Lucie | 2172 NW Reserve Park Trace | Port Saint Lucie | FL | 34986 | 585587 | $2.87 |
| Hogan Construction Inc. | 75 Center Road | Cartersville | GA | 30120 | 585264 | $5,923.44 |
| Home Depot Credit Services | PO Box 6031 | The Lakes | NV | 88901 | 585626 | $3.91 |
| Jackson Spalding | 400 Colony Square No 500 1201 Peachtree Street NE | Atlanta | GA | 30361 | 585633 | $25.72 |
| Valdez, Maria dba Santos Atlanta Cleaning | 409 Mimosa Terrace | Woodstock | GA | 30188 | 585652 | $9.46 |
| Rey Design Group Inc. | 200 Lindell Blvd Ste 917A | Delray Beach | FL | 33483 | 585680 | $64.05 |
| Simon Meyer LLC | 2221 Peachtree Road NE Ste D 627 | Atlanta | GA | 30309 | 585686 | $33.78 |
| Classic Pavers of Central Florida LLC | 1600 W Fairbanks Ave | Winter Park | FL | 32789 | 585720 | $386.00 |
| United Subcontractors dba Cape Southern Insulation | 1243 Commons Court | Clermont | FL | 34711 | 585739 | $3.21 |
| Energy Air Inc. | 2114 S Orange Blossom Trail | Apopka | FL | 32703 | 585750 | $36.69 |
| Marotta Enterprises Inc Central Florida | 4855 Distribution Ct Unit 9 | Orlando | FL | 32822 | 585753 | $2.53 |
| Perez, Nancy | 14620 Bournemouth Road | Tampa | FL | 33626 | 585756 | $33.78 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 585760 | $0.50 |
| GMB Engineers and Planners | 3751 Maguire Blvd No 111 | Orlando | FL | 32803 | 585761 | $17.56 |
| AAA Digital Imaging | PO Box 80710 | Chamblee | GA | 30341 | 585763 | $14.48 |
| ALS Design and Drafting Services Inc. | 2721 Summers Street | Kennesaw | GA | 30144 | 585766 | $190.24 |
| Jackson Spalding | 400 Colony Square No 500 1201 Peachtree Street NE | Atlanta | GA | 30361 | 585784 | $6.25 |
| Smith, Jon | 5355 Pilgrim Point Road | Cumming | GA | 30041 | 585787 | $3.60 |
| Andy Lewis Heating and Air | 1332 Farmer Road | Conyers | GA | 30012 | 585819 | $44.92 |
| Global Signs | 4100 Steve Reynolds Blvd Suite D | Norcross | GA | 30093 | 585858 | $11.82 |
| Hogan Construction Inc. | 75 Center Road | Cartersville | GA | 30120 | 585862 | $3,743.13 |
| Jackson Spalding | 400 Colony Square No 500 1201 Peachtree Street NE | Atlanta | GA | 30361 | 585869 | $105.74 |
| The LPA group Inc. | PO Box 5805 | Columbia | SC | 29250 | 585878 | $337.76 |
| Southwest Florida Sweepers Inc. | 21531 N River Road | Alva | FL | 33920 | 585977 | $11.48 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 585987 | $20.81 |
| Doyles Masonry | 5019 Pee Dee Hwy | Conway | SC | 29257 | 586021 | $262.41 |
| Elite Exteriros LLC North Florida | 712 9B Seaboard Street | Myrtle Beach | SC | 29577 | 586025 | $5,011.93 |
| Gs2 Engineering and Environmental Consultants Inc. | 241 Business Park Blvd | Columbia | SC | 29203 | 586039 | $7.78 |
| Home Depot Credit Services | PO Box 6031 | The Lakes | NV | 88901 | 586044 | $25.26 |
| Koldrok Waters and Coffee Inc. | 3215 Hwy 17 Bypass S | Myrtle Beach | SC | 29577 | 586050 | $25.39 |
| Nation Wide Security | 6894 Reliable Parkway | Chicago | IL | 60686 | 586063 | $293.72 |
| Permit Expediters | PO Box 1986 | Georgetown | SC | 29442 | 586071 | $105.04 |
| Praxis Construction Inc. | 6605 33 Rd St E | Sarasota | FL | 34243 | 586075 | $165.77 |

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - LAS General Interim GUC Distribution

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| Sign Studio and Graphics | 3121 Hwy 17 South | Garden City | SC | 29576 | 586085 | $7.80 |
| Surface Specialists of Jacksonville Inc. | PO Box 3100 | Murrells Inlet | SC | 29576 | 586096 | $2.70 |
| T&T Masonry | 13 Indian Oak Lane | Surfside Beach | SC | 29575 | 586097 | $929.78 |
| Hyatt, Craig | 12801 Commodity Place | Tampa | FL | 33626 | 586150 | $24.83 |
| D&S Diversified Inc. | 6613 Imperial Oak Lane | Orlando | FL | 32819 | 586153 | $102.14 |
| Diligent Central Florida Environmental Services | PO Box 403929 | Atlanta | GA | 30384 | 586159 | $112.27 |
| Focal Point LLC | 1081 Bluegrass Drive | Groveland | FL | 34736 | 586167 | $23.47 |
| Ace Blueprinting Inc. | 5601 N Powerline Road Ste 407 | Ft. Lauderdale | FL | 33309 | 586182 | $3.71 |
| Kombat Security Systems | 2312 Clark St Ste B4 | Apopka | FL | 32703 | 586200 | $772.12 |
| MA Bruder & Sons Inc | 600 Reed Road | Broomall | PA | 19008 | 576207 | $30.62 |
| Reliant Building Products Central Florida | 19976 Independence Blvd | Groveland | FL | 34736 | 586233 | $81.97 |
| Veolis Es Solid Waste Southeast Inc. | 8205 Innovation Way P2 | Chicago | IL | 60682 | 586249 | $13.64 |
| Victory Recycling | 2601 State Road 19 | Tavares | FL | 32778 | 586251 | $222.25 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 586253 | $16.08 |
| Southwest Florida Sweepers Inc. | 21531 N River Road | Alva | FL | 33920 | 586297 | $18.66 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 586308 | $0.59 |
| Accelerated Security Management Inc. | PO Box 439 | Tallevast | FL | 34270 | 586311 | $94.66 |
| CIA Access Central Florida | 19 N Boulevard of Presidents Ste 420 | Sarasota | FL | 34236 | 586325 | $11.61 |
| Crack O Dawn Lawn Service | 2511 32nd Ave East | Bradenton | FL | 34208 | 586331 | $178.36 |
| Crown Bath Corp Central FL | 306 72nd St NW | Bradenton | FL | 34209 | 586332 | $21.62 |
| Giftbusters Inc. | PO Box26733 | Tampa | FL | 33623-6733 | 586347 | $27.83 |
| Home Depot Credit Services | PO Box 6031 | The Lakes | NV | 88901 | 586358 | $52.79 |
| La Mystique | 10285 NW 46th Street | Sunrise | FL | 33351 | 586365 | $601.06 |
| MA Bruder & Sons Inc | 600 Reed Road | Broomall | PA | 19008 | 586369 | $144.26 |
| Modspace | PO Box 641595 | Pittsburgh | PA | 15264-1595 | 586377 | $42.86 |
| New Century Signs Inc. | 6441 19th Street East Bldg E | Sarasota | FL | 34243 | 586379 | $15.62 |
| Ryans Slt Fence LLC Central Florida | 3911 222nd Street East | Bradenton | FL | 34211 | 586393 | $1.69 |
| Site FX Inc | 25625 83rd Ave E | Myakka City | FL | 34251 | 586400 | $6.84 |
| Southwest Florida Sweepers Inc. | 21531 N River Road | Alva | FL | 33920 | 586401 | $22.97 |
| Zephyrhills Processing Center | PO Box 52214 | Phoenix | AZ | 85072 | 586415 | $30.05 |
| Basten, Jeanne | 3044 NW 103rd Lane | Coral Springs | FL | 33065 | 586506 | $9.90 |
| Westchester Fire Insurance Company | | | | | DE 4699 | $1,907.85 |
| Gustavo Rivero & Son Central FL | 3773 Arnold Avenue | Naples | FL | 34104 | 1381 | $96.75 |
| Blattner Brunner Inc. | PO Box 1168 | Hermitage | PA | 16148 | 1630 | $17.09 |
| Blattner Brunner Inc. | PO Box 1168 | Hermitage | PA | 16148 | 1631 | $30.07 |
| Blattner Brunner Inc. | PO Box 1168 | Hermitage | PA | 16148 | 2038 | $3,000.24 |
| The Interiors Group, Inc. | 350 Camino Gardens Blvd, Ste 201 | Boca Raton | FL | 33432 | 2425 | $105.67 |
| Ply Marts Inc. c/o Todd Hatcher PC | 4875 Olde Towne Parkway Ste 225 | Marietta | GA | 30068 | 3145 | $1,298.06 |
| Ply Marts Inc. c/o Todd Hatcher PC | 4875 Olde Towne Parkway Ste 225 | Marietta | GA | 30068 | 3148 | $3,646.82 |
| Coastal Residential Services LLC | PO Box 140 | Murrells Inlet | SC | 29576 | 3644 | $4,707.34 |
| Holiday Pools | PO Box 21057 | Sarasota | FL | 34276 | 3729 | $2,128.85 |
| Environmental Resource Solutions Inc. | 1597 The Greens Way, Suite 200 | Jacksonville Beach | FL | 32250 | 4366 | $38.04 |
| Heritage Roof Truss Inc | PO Box 453 | White | GA | 30184 | Scheduled | $3,097.12 |
| Raydeo Enterprises Inc. | 130 Christa Court | Ball Ground | GA | 30107 | Scheduled | $46.10 |
| Raydeo Enterprises Inc. | 130 Christa Court | Ball Ground | GA | 30107 | Scheduled | $168.85 |

Levitt Sons, LLC, Liquidating Trust
Case No. 07-19845
Undeliverable Funds - LAS General Interim GUC Distribution

| Claimant Name | Address 1 | City | State | Zip | Claim # | Check Amount |
|---|---|---|---|---|---|---|
| The Pool People East, Inc. | 2150 SW 10th Street | Deerfield Beach | FL | 33442 | Scheduled | $1,721.93 |
| | | | | | | $143,585.84 |