FLD*120612PM1203USBCSDF-MIA KL

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                         Case No. 07-19845 BKC RBR

**Levitt & Sons, LLC**                         Chapter 11

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Adams & Cohen__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $3,826.46, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of _Terry & Jeanette Boeve._ Applicant further states that:

1.  (Indicate one of the following items:)

    ____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    _____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    _____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy

Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 6-11-12

Terry & Jeanette Boeve
Name Under Which Funds Were Deposited

121196
Claim Number

Jeanette M. Evans
Name of Party On Whose Behalf Application Was Filed*

Address: 101 Wynsward Court

Emerald Isle, NC 28594

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 2751

Jairo A. Camargo/                Manager
Print Name and Title of Applicant

Adams & Cohen
Print Company Name

P.O. Box 546293
Print Street Address

Miami Beach, FL 33154
Print City and State

(888) 978-9990
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 6/11/12

NOTARY PUBLIC, AT LARGE
STATE OF Florida

Oslenys B. Alba
COMMISSION # EE 073660
EXPIRES: MAY 13, 2015
WWW.AARONNOTARY.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No. 07-19845 BKC RBR

                                                                            Chapter 11

**Levitt and Sons, LLC**


_____Debtor_____/

### AFFIDAVIT OF CLAIMANT

I, __Jeanette Boeve__, am (indicate status of claimant)

( X ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __Adams & Cohen_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____
_____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to __Adams & Cohen_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to __Adams & Cohen_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to __Adams & Cohen_____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $__3,826.46__ deposited in this court in the name of __Terry & Jeanette Boeve__ and representing claim number __121196__ (if no claim was filed write "scheduled" in blank space).

  2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

  3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the

LF-28 (rev. 12/01/09)                    Page 1 of 2

person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 5-17-2012

*Jeanette Boeve* /s/ *Jeanette /pxs*
Signature of claimant or representative of "business" claimant

Jeanette Boeve
print name

Claimant
title

7277
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

181 *Wynward Ct*
*Cumberland 1518 NC 28594*
~~905 Earl of Essex Arch, Virginia Beach, VA 23454~~
address

(757) 646-4619
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me on May 17 2012.

_____
NOTARY PUBLIC, AT LARGE

STATE OF North Carolina

GINA MURPHY
Notary Public
Onslow County
My Commission Expires
07/26/2014
NORTH CAROLINA

LF-28 (rev. 12/01/09)     Page 2 of 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                  Case No. 07-19845 BKC RBR

                                                        Chapter 11

**Levitt and Sons, LLC**


_____Debtor____/

### AFFIDAVIT OF CLAIMANT

I, _Terry Boeve & Jeanette Boeve_, am (indicate status of claimant)

( X ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __Adams & Cohen_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____
_____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to **Adams & Cohen**_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to **Adams & Cohen**_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to
**Adams & Cohen**_____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $3,826.46 deposited in this court in the name of Terry Boeve & Jeanette Boeve and representing claim number _121196_ (if no claim was filed write "scheduled" in blank space).

   2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

   3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the

LF-28 (rev. 12/01/09)           Page 1 of 2

person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 5-15-12

___[signature]___
signature of claimant or representative of "business" claimant
Terry Boeve
print name
Claimant
title

2116
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

1146 Wesley Mountain Drive, Blairsville, GA 30512
address

(706) 352-5257
Phone number

_____
signature of joint debtor (if applicable)

~~Jeanette Boeve~~
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me
on 15th day of May 2012
___[signature]___
NOTARY PUBLIC, AT LARGE
STATE OF Georgia

[Notary seal: TINA PARKS, NOTARY, MY COMM. EXP. 1-29-13, PUBLIC, ___ COUNTY, GEORGIA]

LF-28 (rev. 12/01/09)     Page 2 of 2

## LIMITED POWER OF ATTORNEY
(For one transaction only)

I, **Jeanette Boeve**, do hereby grant to *ADAMS & COHEN*, my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$3,826.46.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_____
Signature

## NOTARY ACKNOWLEDGMENT

State of North Carolina

SUBSCRIBED AND SWORN on the 17th day of May, 2012 before me, personally appeared Jeanette Boeve/Janett, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** 34268842 NCDL

WITNESS my hand and official seal,

Signature _____
Notary Public       My commission expires: 7-26-2014

GINA MURPHY
Notary Public
Onslow County
My Commission Expires
07/26/2014
NORTH CAROLINA

## LIMITED POWER OF ATTORNEY
(For one transaction only)

I, (we) **Terry Boeve** ~~& Jeanette Boeve,~~ do hereby grant to *ADAMS & COHEN*, my (our) sole true and lawful attorney-in-fact for me (us) and my (our) name, place and stead, giving unto my (our) attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I (we) may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$3,826.46.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and not valid for any other purpose. It shall expire upon completion of this collection.** I (we) authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I (we) do hereby certify that the foregoing is true and correct.

_____             _____
Signature: Terry Boeve                                         Signature: ~~Jeanette Boeve~~

================================================================

## NOTARY ACKNOWLEDGMENT

State of _Georgia_

SUBSCRIBED AND SWORN on the _15th_ day of _May_, 2012 before me, personally appeared _Terry Boeve_, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the persons whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License (or other identification):** _GA DL_

WITNESS my hand and official seal,

Signature _Tina Parks_
Notary Public

My commission expires _1-29-13_

[Notary Seal: TINA PARKS, NOTARY PUBLIC, UNION COUNTY, GEORGIA, MY COMM. EXP. 1-29-13]

## AFFIDAVIT

I, TERRY RAYMOND BOEVE, state the following:

1. That I was previously married to Jeanette M. Boeve n/k/a Jeanette M. Evans

2. We were divorced on June 3rd, 2008.

3. Through a verbal agreement between Jeanette M. Boeve and myself, we agreed that any proceeds from the Levitt & Sons, LLC case should be pay to Jeanette M. Boeve.

4. These funds should be mail to: Ms. Jeanette M. Evans at 101 Wynsward Court, Emerald Isle, NC 28594.

The above statement is the truth to the best of my knowledge.

SWORN and SUBSCRIBED before me on this __5__ day of __June__, 2012

_____          _____
Terry R. Boeve                                            Notary Public

[Notary Seal: TINA PARKS, NOTARY PUBLIC, COMM. EXP. 1-29-13, UNION COUNTY, GEORGIA]

# **AFFIDAVIT**

I, JEANETTE M. EVANS f/k/a Jeanette M. Boeve, state the following:

1. That I was previously married to Terry R. Boeve.

2. We were divorced on June 3rd, 2008.

3. Through a verbal agreement between Terry R. Boeve and myself, we agreed that any proceeds from the Levitt & Sons, LLC case should be pay to Jeanette M. Boeve n/k/a Jeanette M. Evans.

4. These funds should be mail to: Ms. Jeanette M. Evans at 101 Wynsward Court, Emerald Isle, NC 28594.

The above statement is the truth to the best of my knowledge.

SWORN and SUBSCRIBED before me on this 5th day of June, 2012

_____        _____
Jeanette M. Evans                                             Notary Public

*[Notary seal: GINA MURPHY, Notary Public, Onslow County, My Commission Expires 07/26/2014, NORTH CAROLINA]*

JUDICIAL CIRCUIT, IN AND FOR
ST. JOHNS COUNTY, FLORIDA

CASE NO.: DR08-0663
DIVISION: 57

IN RE: THE MARRIAGE OF

**JEANETTE M. BOEVE',**
    Petitioner/Wife,
and

**TERRY RAYMOND BOEVE',**
    Respondent/Husband.
_____/

## FINAL JUDGMENT OF DISSOLUTION OF MARRIAGE

THIS CAUSE was before the Court on **June 2, 2008** for Final Hearing on Petition for Dissolution of Marriage. The Court has jurisdiction over the parties and subject matter. Petition states that there are no minor children of the marriage. The marriage is irretrievably broken. Therefore, it is

ORDERED AND ADJUDGED AS FOLLOWS:

1. Dissolving the marriage of the parties and restoring the status of the parties to being single and unmarried.
2. Restoring the name of the Wife to **JEANETTE MARIE TOMCZYK, d/o/b: 10/03/46**.
3. Approving the Marital Settlement Agreement and incorporating it into the Final Judgment of Dissolution of Marriage.
4. Requiring the parties to comply with same.
5. Retaining jurisdiction to enforce the Final Judgment of Dissolution of Marriage.

ORDERED in chambers at St. Augustine, St. Johns County, Florida this 3rd day of June, 2008.

                                                  **JOHN M. ALEXANDER**
                                                John M. Alexander, Circuit Judge

Cc:
Jeanette M. Boeve', 1272 Ribbon Rd., Jacksonville, FL 32259
Terry R. Boeve', 11715 Wolf Pen Gap Rd., Suches, GA 30572

JUDICIAL CIRCUIT, IN AND FOR
ST. JOHNS COUNTY, FLORIDA

CASE NO.: DR08-0663
DIVISION: 57

IN RE: THE MARRIAGE OF

**JEANETTE M. BOEVE'**,
      Petitioner/Wife,
and

**TERRY RAYMOND BOEVE'**,
      Respondent/Husband.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATIONS
## OF THE GENERAL MAGISTRATE

THIS CAUSE having come for hearing before the General Magistrate on **June 2, 2008** pursuant to the Order of Referral signed by the Honorable John M. Alexander, Circuit Judge, and the Court, having Considered the reports filed herein, it is upon consideration thereof;

ORDERED AND ADJUDGED AS FOLLOWS:

(1)     The Report of the General Magistrate is approved and confirmed, and the parties hereto shall abide by the provisions set forth therein.

(2)     The Findings and Recommendations of the General Magistrate's Report shall be immediately complied with until further Court order.

DONE AND ORDERED in Chambers at St. Johns County, Florida, this ___3rd___ day of June, 2008.

**JOHN M. ALEXANDER**
_____
John M. Alexander, Circuit Judge

cc:
Jeanette M. Boeve', 1272 Ribbon Rd., Jacksonville, FL 32259
Terry R. Boeve', 11715 Wolf Pen Gap Rd., Suches, GA 30572

# CASCADES AT WORLD GOLF VILLAGE

LEVITT & SONS, LLC, a Florida Limited
Liability Company
2200 W. Cypress Creek Road
Fort Lauderdale, FL 33309
954-958-1908

May 29, 2007

Mr. & Mrs. Terry Boeve
8787 Southside Blvd., #4706
Jacksonville, FL 32257

RE: World Golf Village — LOT #369    920 Hazeltine Court
St. Augustine, FL 32092

Dear Mr. & Mrs. Boeve:

On behalf of Levitt & Sons, LLC, we would like to express our appreciation to you on the purchase of your new home. Enclosed for your records is a copy of your fully executed Purchase and Sale Agreement.

Your Purchase and Sale Agreement indicates you will be obtaining a mortgage, through Bank of America, at the present time for your new home. If this information is not correct or has changed, please contact the sales office with the lender's new name, address, phone number, and person to contact, as well as a new pre-approval letter, which will be necessary in order to accurately process your paperwork.

Should you have any questions or need assistance from us in any way, please feel free to contact either your sales office at (877) 553-8488 or myself at (954) 958-1908.

Sincerely,

*Rhonda Schmidt*

Rhonda Schmidt
Sales Administrator

Enclosure

cc: Sales
    Accounting
    File
    Broker: Watson Realty Corp.

# APPLICATION, LICENSE AND CERTIFICATE OF MARRIAGE

STATE OF NORTH CAROLINA
DEPARTMENT OF HEALTH AND HUMAN SERVICES - NC VITAL RECORDS

License Number: 2011-000002972

County: Onslow

**1. Name:** THOMAS BENJAMIN EVANS
**2a. Residence State:** NORTH CAROLINA
**2b. County:** CARTERET
**2c. City, Town, or Location:** EMERALD ISLE
**2d. Inside City Limits:** No
**3a. Street and Number:** 101 WYNDWARD COURT
**3. Birthplace (County & State):** UNION NJ
**4a. Date of Birth:** 3/13/1956
**4b. Age:** 55
**5a. Father Name:** LINCOLN BENJAMIN EVANS
**5b. State of Birth:** PA
**5c. Address (If Living):** DECEASED
**6a. Mother Maiden Name:** MARILYN BARKWILL
**6b. State of Birth:** NY
**6c. Address (If Living):** DECEASED
**7. Race:** WHT
**8. Number of this marriage:** FOURTH
**9a. Last marriage ended by:** DIVORCE
**9b. Date:** 1 2009
**10. Education:** College 2

**11a. Name:** JEANETTE MARIE TOMCZYK
**11b. Maiden Surname:**
**12a. Residence State:** NORTH CAROLINA
**12b. County:** CARTERET
**12c. City, Town, or Location:** EMERALD ISLE
**12d. Inside City Limits:** No
**13a. Street and Number:** 101 WYNDWARD CT
**13. Birthplace:** WAYNE MI
**14a. Date of Birth:** 10/3/1946
**14b. Age:** 65
**15a. Father Name:** RALPH HENRY TOMCZYK
**15b. State of Birth:** MI
**15c. Address:** DECEASED
**16a. Mother Maiden Name:** JENNIE ZOLOT
**16b. State of Birth:** MI
**16c. Address:** 887 CORTEZ LADY LAKE FL
**17. Race:** WHT
**18. Number of this marriage:** FOURTH
**19a. Last marriage ended by:** DIVORCE
**19b. Date:** 6 2008

Sworn to and subscribed before me this December 30, 2011

Rebecca L. Pollard, REGISTER OF DEEDS

**21. Married on:** 12 31 2011
**21a. Place of Marriage - County:** Onslow
**21c. Name of Official:** Dennis H. Haynes
**21d. Title:** Magistrate
**21e. Address:** Jacksonville NC
**22. Witness:** Wendell Williams
**22a. Name of Witness:** Cedric Freeman
**22b. Address:** 217 Canterbury Rd Jax NC 28540 / 113 Ennis St Jacksonville NC 28540

Date Returned to Register of Deeds: 1/3/2012

**REGISTER OF DEEDS COPY**

Volume 2011 Page 2972

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

067-1096997

Rebecca L. Pollard
Register of Deeds
Onslow County

Witness my hand and official seal this the 4th day of January 2012

By: Lisa R. Thompson
Deputy/Assistant Register of Deeds

DHHS 3914 (REVISED 5/09) NC VITAL RECORDS

Any alteration or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.