FLD*12SEP05AM1139USBCSDF-MIA

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 07-19845 BKC RBR

**Levitt & Sons, LLC**                                    Chapter 11

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Adams & Cohen__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $2,911.95, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of _Impire Corp._. Applicant further states that:

1. (Indicate one of the following items:)

   ____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   _____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   _____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has

reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.  **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited.  Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation.  Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds.  Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.     Applicant has made sufficient inquiry and  has no knowledge that this claim has

LF-27 (rev. 12/01/09)              Page  2  of  3

been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 9-4-12

Impire Corp.
Name Under Which Funds Were Deposited

2227
Claim Number

Impire Corp.
Name of Party On Whose Behalf Application Was Filed*

Address: 3300 Sage Road, Apt. 4301

Houston, TX 77056

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 2751

Jairo A. Camargo/ Manager
Print Name and Title of Applicant

Adams & Cohen
Print Company Name

P.O. Box 546293
Print Street Address

Miami Beach, FL 33154
Print City and State

(888) 978-9990
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on 9/4/12

NOTARY PUBLIC, AT LARGE
STATE OF Florida

Oslenys B. Alba
COMMISSION # EE073660
EXPIRES: MAY 13, 2015
www.AaronNotary.com

LF-27 (rev. 12/01/09)                Page 3 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                    Case No. 07-19845 BKC RBR

                                                          Chapter  11

**Levitt and Sons, LLC**

_____Debtor____/

### AFFIDAVIT OF CLAIMANT

I, _Rigoberto Ibarra_, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __**Adams & Cohen**_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____
_____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to **Adams & Cohen**_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to  **Adams & Cohen**_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to __**Adams & Cohen**_____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $_2,911.95_ deposited in this court in the name of _Impire Corp._ and representing claim number _2227_ (if no claim was filed write "scheduled" in blank space).

    2. Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the

LF-28 (rev. 12/01/09)              Page 1 of 2

person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 8-4-/2

Signature of claimant or representative of "business" claimant

Rigoberto Ibarra
print name

Claimant's President
title

6908
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

3300 Sage Road, Apt. 4301, Houston, TX 77056
address

(407) 509-2762
Phone number

_____
signature of joint claimant/ debtor (if applicable)

_____
print name

Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me on 08/4/12.

NOTARY PUBLIC, AT LARGE

STATE OF TX

CAROLINE F PEREZ
My Commission Expires
January 6, 2015

LF-28 (rev. 12/01/09)        Page 2 of 2

## **CORPORATE LIMITED POWER OF ATTORNEY**

**KNOW ALL MEN BY THESE PRESENTS,** that I, (we),

**Rigoberto Ibarra, President of Impire Corp.,** acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **Impire Corp.** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this _4_ day of _August_, 2012.

By _____
   Rigoberto Ibarra

State/ Providence of _TX_

The above named _Rigoberto Ibarra_ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____
                                      Notary Public

My commission expires: _Jan 6/2015_

CAROLINE F PEREZ
My Commission Expires
January 6, 2015

# LIMITED POWER OF ATTORNEY
(For one transaction only)

**I, Rigoberto Ibarra,** do hereby grant to *ADAMS & COHEN* my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$2,911.95.**

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

I do hereby certify that the foregoing is true and correct.

_____
Signature

==================================================================================

## NOTARY ACKNOWLEDGMENT

State/ Providence of ___TX___

SUBSCRIBED AND SWORN on the __4__ day of __August__, 2012 before me, personally appeared __Rigoberto Ibarra__, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** __3498249__

WITNESS my hand and official seal,

Signature _____
Notary Public

My commission expires: __Jan 6, 2015__

CAROLINE F PEREZ
My Commission Expires
January 6, 2015

**Entity Name:** IMPIRE, CORP.

**Current Principal Place of Business:**

2559 ALCLOBE CIR.
OCOEE, FL 34761

**New Principal Place of Business:**

**Current Mailing Address:**

2559 ALCLOBE CIR.
OCOEE, FL 34761

**New Mailing Address:**

FEI Number: 20-0696908    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

IBARRA, RIGOBERTO
2559 ALCLOBE CIR.
OCOEE, FL 34761    US

**Name and Address of New Registered Agent:**

IBARRA, RIGOBERTO
5006 RISHLEY RUN WAY
MOUNT DORA, FL 32757    US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: RIGOBERTO IBARRA                                01/08/2008
           Electronic Signature of Registered Agent                  Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:      PD        ( ) Delete
Name:       IBARRA, RIGOBERTO
Address:    2539 ALCLOBE CIR.
City-St-Zip: OCOEE, FL 34761

Title:      VPD       ( ) Delete
Name:       IBARRA, FRANCISCO
Address:    1872 TORREY DRIVE
City-St-Zip: ORLANDO, FL 32818

Title:      STD       ( ) Delete
Name:       IBARRA, ARMANDO
Address:    2559 ALCLOBE CIR.
City-St-Zip: OCOEE, FL 34761

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:      PD        (X) Change ( ) Addition
Name:       IBARRA, RIGOBERTO
Address:    5006 RISHLEY RUN WAY
City-St-Zip: MOUNT DORA, FL 32757

Title:      VPD       (X) Change ( ) Addition
Name:       IBARRA, FRANCISCO
Address:    3710 PEACE PIPE WAY
City-St-Zip: CLERMONT, FL 34711

Title:      STD       (X) Change ( ) Addition
Name:       IBARRA, ARMANDO
Address:    5356 RISHLEY RUN WAY
City-St-Zip: MOUNT DORA, FL 32757

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: RIGOBERTO IBARRA                        PRES        01/08/2008
           Electronic Signature of Signing Officer or Director              Date



**STANDARD PACIFIC HOMES**

4776 New Broad Street, Suite 250
Orlando, FL 32814
Phone: 407 647-3811  Fax: 407 647-3435

License #: CBC1254165

# Purchase Order

PO #: 53873
Date: 1/16/2008
Purchase Order

| | | | |
|---|---|---|---|
| **Vendor #:** 858 | Impire Corporation<br>2559 Alclobe Circle<br>Ocoee, FL 34761 | **Job #:** 42050 | Lot # 50 Tuscany<br>2809 Roccella Court<br>Kissimmee, FL 34747<br><br>Reggio |

Vendor email: iimpirecorporat@cfl.rr.com

You are hereby requested to provide the following materials/services to the above named project for the price listed below
Accepted By: _____ Date: 2/15/08

| Part # | Description | Unit | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 10420033 | Block Labor 8' plate (Impire) | blk | 564.00 | 1.10 | 620.40 |
| 10420034 | Block Labor 10' plate (Impire) | blk | 1,708.00 | 1.10 | 1,878.80 |
| | | | | Subtotal: | 2,499.20 |

Terms: All changes to quantity, specification or price must be approved in writing prior to the commencement of work. All materials/services must be delivered to job site unless otherwise instructed in writing. Failure to deliver materials or services in a timely fashion will release contractor from any obligation to the purchases implied by this order. Price billed may not exceed price stated on this Purchase Order. Any pricing disrepancies will delay the payment process.

| | |
|---|---|
| Subtotal: | 2,499.20 |
| Sales Tax: | 0.00 |
| Total Order: | $2,499.20 |

iimpirecorporat@cfl.rr.com

Page 1 of 1

IMPIRE CORPORATION
711 BUSINESS PARK BLVD. SUITE 102
WINTER GARDEN, FL 34787



A CONSTRUCTION COMPANY

| Date | Invoice # |
|---|---|
| 2/15/2008 | 3489 |

# Invoice

| Bill To |
|---|
| Standard Pacific Homes<br>4776 New Broad St.<br>Orlando, Fl. 32814<br>(407)647-3811 |

| P.O. No. |
|---|
| 53873 |

| Item | Description | Qty | Rate | Amount |
|---|---|---:|---:|---:|
| Wall Block | LOT#50 ( TUSCANY )<br>BLOCK LABOR 8' PLATE | 564 | 1.10 | 620.40 |
| Wall Block | BLOCK LABOR 10' PLATE | 1,708 | 1.10 | 1,878.80 |

**Total** $2,499.20

THE SHERWIN-WILLIAMS CO.
3700 MURRELL RD
ROCKLEDGE FL 32955

**SHERWIN-WILLIAMS.**

Visit www.sherwin-williams.com
Store 2520
(321) 631-6004

**CHARGE CREDIT**

**No.** 0071-9

ACCOUNT: **6753-8121-4**

APPRVL

JOB 22 RUTENBERG HOMES

PAGE 1 OF 1
PO# LOT 3A

DATE: 02/25/2008
TIME: 2:04 PM

2-4418
E01/16380

IMPIRE CORP
2559 ALCLOBE CIR
OCOEE FL 34761 8971

| SALES NUMBER | SIZE | PRODUCT | DESCRIPTION | QTY | PRICE | VALUE |
|---|---|---|---|---|---|---|
| 6011-36518 | 5 GAL | B30WV5000 | MH INT EXTRA WHITE NOMADIC DESERT | 5 | -10.03 | -50.15 |
| 6405-13685 | GALLON | B30W453 | PM400 LTX FL DEEP ANJOU PEAR 11/02 | 1 | -12.68 | -12.68 |

ORIGINAL
TERM: 16380
TRAN: 82865
DATE: 01/11/2008
REASON: WRONG COLOR

———— Thank You ————
receipt required for refund

SUBTOTAL                                -62.83
6.000% SALES TAX:1-103295500            -3.77
DUE CUSTOMER
CHARGE CREDIT                         -$-66.60

ORDERED BY:ARMANDO

S-W SIGNATURE