# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

                                   Case No: 07-19845-BKC-RBR
                                   Chapter: 11

Levitt and Sons, LLC

_____Debtor_____ /

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Dilks & Knopik, LLC, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $2,425.00, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of Thomas J. & Maria B. Alessandro. Applicant further states that:

1.     (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach an affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the official bankruptcy form and/or supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application**. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Application is the duly authorized representative for the business or corporation listed in the "Notice of deposit of Funds with the U.S Bankruptcy Court Clerk" under

LF-27 (rev. 12/01/09)                Page 1 of 3

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A local form Affidavit of Claimant (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

**X** Applicant is an attorney or a "funds locator" who has been retained by individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form Affidavit of Claimant (LF-28) are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy

of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitle to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: October 11, 2012

Thomas J. & Maria B. Alessandro
Name Under which Funds Were Deposited

4145
Claim Number

Thomas J. & Maria B. Alessandro
Name of Party on Whose Behalf Application was Filed*

Address: 447 Noble Faire Dr.

Sun City Center, FL

Signature of Applicant
(Note: In addition to signing, complete all Information below)

Last Four Digits of SS# 0227

ID# 74-3049851

Brian J. Dilks, Managing Member
*Print name and title of Applicant

Dilks & Knopik, LLC
Print Company Name

35308 SE Center Street
Print Street Address

Snoqualmie, WA 98065
Print City and State

(425) 836-5728
Telephone (Including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being field

Sworn to and Subscribed before me
On 10/11/2012

NOTARY PUBLIC, AT LARGE
STATE OF WASHINGTON



LF-27 (rev. 12/01/09)          Page 3 of 3

## PROOF OF SERVICE OF APPLICATION

Notice is hereby given that on October 11, 2012 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties for the Southern District of Florida by U.S. Mail at the following addresses:

U.S. Attorney
R. Alexander Acosta
99 NE 4th Street
Miami, FL 33132

Levitt and Sons, LLC
Debtor
2200 W. Cypress Creek Road
Fort Lauderdale, FL 33309

James S Feltman
Case Trustee
1 Biscayne Tower #1800
Miami, FL 33131

Furthermore, a copy of the Application for Release of Unclaimed Funds was served on the following parties for the Southern District of Florida by electronic mail at the following email addresses:

Jordi Guso
Debtor's Attorney
jguso@bergersingerman.com

Dated: October 11, 2012

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Thomas J. & Maria B. Alessandro

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RE: Levitt and Sons, LLC )
) Case: 07-19845-BKC-RBR
)
) **AUTHORITY TO ACT**
) **Limited Power of Attorney**
Debtor(s) ) **LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Thomas J. & Maria B. Alessandro** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,425.00** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _Thomas Alessandro_     8/9, 20 12
Thomas J. Alessandro        Date

Tax ID: XXX-XX-5406

X _Maria Alessandro_      8-9-12, 20___
Maria B. Alessandro         Date

Tax ID: XXX-XX-0227

### ACKNOWLEDGMENT

STATE OF Florida )
COUNTY OF Hillsborough

On this 9 day of August, 2012 before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Thomas J and Maria B Alessandro known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _Nancy B. Carter_
Residing at Wimauma FL
My Commission expires 10-28-2013

**NANCY B. CARTER**
Notary Public, State of Florida
Commission# DD927855
My comm. expires Oct. 28, 2013

1/4

447 Noble Faire Dr  
Sun City Center, Fl. 33573  
August 10th 2012

Dear Brian Baguhn  
1760 New Port Way NW  
P.O. Box 2728  
Issaquah, WA. 98027

The money in question does belong to Maria and me. It does not belong to Gerard Kouri.

Thomas Alexander                    Maria Alexander

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Levitt and Sons, LLC

Case No: 07-19845-BKC-RBR
Chapter 11

_____Debtor_____ /

## AFFIDAVIT OF CLAIMANT

I, Thomas J. & Maria B. Alessandro, am (indicate status of claimant):

(XX) the individual creditor (or authorized personal representative of the individual
creditor) in whose name funds were deposited with the court who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the duly authorized representative for the claimant "business"_____; or

(  ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $2,425.00 deposited in this court in the name of Thomas J. & Maria B. Alessandro and representing claim number 4145 (if no claim was filed write "scheduled" in blank space).

2. Claimant History: The original disbursement check was not received by us due to the fact that it was sent C/O Gerard M. Kouri, Esq. 10021 Pines Blvd., Suite 202, Pembroke Pines, FL  33024-6194

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 10-2-2012

_____
Thomas J. Alessandro

_____
Maria B. Alessandro

Thomas J. & Maria B. Alessandro
Print Name

_____
Title

_____
Last four digits of Social Security # or Tax ID# (EIN#)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

447 Noble Faire Dr
Sun City Center,
FL
Address

813-777-4644
Phone number

_____
Signature of Joint debtor (if applicable)

_____
Print name

TJA: 5406     MBA: 0227
Last four digits of Social Security # or Tax ID# (EIN#)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me
On 10-2-12.

_____
NOTARY PUBLIC, AT LARGE

STATE OF Florida

**NANCY B. CARTER**
Notary Public, State of Florida
Commission# DD927855
My comm. expires Oct. 28, 2013

LF-28 (rev. 12/01/09)                    Page 2 of 2

## EXPLANATION OF DOCUMENTATION

The original dividend check was sent to a Thomas J. & Maria B. Alessandro C/o Gerard M. Kouri, Esq., 10021 Pines Blvd., Suite 202, Sun City Center, FL 33024-6194. Gerard M. Kouri was the attorney who assisted Mr. and Mrs. Alessandro to file their claim; it is unknown why the dividend check was not received.

Pages 1 – 3: Application to Withdraw Unclaimed Funds

Page 4: Proof of Service of Application

Page 5: Authority to Act: Limited Power of Attorney

Page 6: Photo Identification for signers of Power of Attorney

Page 7: Original Letter, signed by Thomas J. and Maria B. Alessandro, wherein they state that the unclaimed funds are not owed to Mr. Kouri

Pages 8 - 10: Affidavit of Claimant

Page 11: Explanation of Documentation

Pages 12 - 13: Proposed Order for Payment of Unclaimed Funds

This Application contains a total of 13 pages.

Dated: October 11, 2012

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney in Fact for
Thomas J. & Maria B. Alessandro