# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Case No. 07-19845-BKC-RBR
          Chapter

Leavitt and Sons, LLC
a Florida limited liability company, et al.

_____ Debtor _____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Alan & Alison Petrie__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $__2,450__, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of __Alan & Alison Petrie__. Applicant further states that:

1. (Indicate one of the following items:)

   __X__ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

LF-27 (rev. 12/01/09)            Page 1 of 3

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 5/6/14

Petrie, Allen & Alison
Name Under Which Funds Were Deposited

07-19845
Claim Number

Alan & Alison Petrie
Name of Party On Whose Behalf Application Was Filed*

Address: 1272 Grady Lane
Champions Gate, FL
33896

*Coleman Alan Petrie*
*Elizabeth Alison Petrie*
Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# 8801

Tax ID (EIN #) 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

Coleman Alan Petrie
Print Name and Title of Applicant
Elizabeth Alison Petrie

Print Company Name
1272 Grady Lane
Print Street Address

Champions Gate, FL 33896
Print City and State

321-277-7061
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

*Coleman Alan Petrie*
Sworn to and Subscribed before me

on 5/6/14

NOTARY PUBLIC, AT LARGE
STATE OF Florida





5/7/14

ERIK RUSCETTE
MY COMMISSION # FF 018450
EXPIRES: July 31, 2017
Bonded Thru Notary Public Underwriters

Elizabeth Petrie present
& Photo Drivers License
is transported

Page 3 of 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                          Case No. 07-19845-BKC-RBR
Leavitt and Sons, LLC                        Chapter
a Florida limited liability company, et al.

_____ Debtor ___/

**AFFIDAVIT OF CLAIMANT**

We, ~~I~~ __Alan & Alison Petrie_____, are ~~am~~ (indicate status of claimant)

[X] the individual creditor (~~or authorized personal representative of the individual creditor~~) in whose name funds were deposited with the court ~~who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf;~~ or

(  ) the duly authorized representative for the claimant "business" _____
_____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to
_____ a "funds locator" or attorney,
to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ __2,450__
deposited in this court in the name of __Petrie, Allen & Alison__ and
representing claim number __scheduled__ (if no claim was filed write "scheduled" in blank space).

    2. Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of

LF-28 (rev. 12/01/09)            Page 1 of  2

ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 5/6/14

*Coleman Alan Petrie / Elizabeth Alisa Petrie*
signature of claimant or representative of "business" claimant

Coleman Alan Petrie / Elizabeth Alison Petrie
print name

_____
title

8801
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

1272 Grady Lane, Champions Gate, FL 33896
address

321-277-7061
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

*Coleman Alan Petrie*

Sworn to and Subscribed before me on 5/6/14.

_____
NOTARY PUBLIC, AT LARGE

STATE OF Florida


**FERNANDO GARCIA**
Notary Public, State of Florida
Commission # FF 16519
My comm. expires May 8, 2017

LF-28 (rev. 12/01/09)    Page 2 of 2


**ERIK RUSCETTE**
MY COMMISSION # FF 018450
EXPIRES: July 31, 2017
Bonded Thru Notary Public Underwriters

Elizabeth Petrie Presented
A Florida Drivers License
AS Identification

Bank of America check #574, dated 05/05/09, in the amount of $2,450.00 was undelivered to our current address, 1272 Grady Lane, Champions Gate, FL 33896, and not forwarded from our previous address, 112 Avery Lake Drive, Winter Springs, FL 32708, until several months after it was void. A copy of the check is attached as Exhibit 1. Proof of our identities is attached as Exhibit 2. Proof of our previous address, 112 Avery Lake Drive, Winter Springs, FL 32708, is attached as Exhibit 3.

| | | | |
|---|---|---|---|
| Claim Scheduled, Payment 100.00% Distribution on Priority Claim Deposit Holders | Case 07-19845-RBR   Doc 6361   BANK OF AMERICA, N.A. CUSTOMER CONNECTION 32-1/1110 TX 0 | | CHECK NUMBER 574 |
| | JAMES S. FELTMAN, PLAN ADMINISTRATOR ONE BISCAYNE TOWER SUITE 1800 MIAMI, FL 33131 | DATE 05/05/09 | AMOUNT *******2,450.00 |

**2118447**

**PAY TO THE ORDER OF**

Petrie, Allen & Alison
112 Avery Lake Dr
Winter Springs, FL 32708

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 07-19845   RBR | Debtor: LEVITT AND SONS, LLC | |

*Two Thousand Four Hundred Fifty Dollars And 00/100*

[signature] Plan Administrator

RECEIVER/TRUSTEE/ DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000574⑈ ⑆111000012⑆ 3758903773⑈

---

| Date: 05/05/09 | Check Number: 574 | Amount: 2,450.00 |
|---|---|---|
| Case Number: 07-19845   RBR | | |
| Debtor Name: LEVITT AND SONS, LLC | | |

| Paid To: | Petrie, Allen & Alison 112 Avery Lake Dr Winter Springs, FL 32708 | Trustee: | JAMES S. FELTMAN, PLAN ADMINISTRATOR ONE BISCAYNE TOWER SUITE 1800 MIAMI, FL 33131 |
|---|---|---|---|

Description:   Claim Scheduled, Payment 100.00%  Distribution on Priority Claim Deposit Holders

Bank Account Number:   3758903773

EXHIBIT #1

# AVERY PARK HOMEOWNER'S ASSOCIATION, INC.

March 2, 2004

C. Alan & E. Alison Petrie
112 Avery Lake Drive
Winter Springs, FL 32708

Dear Alan & Alison:

As managing agent for Avery Park Homeowners, Association, the Board of Directors requested that I write you and welcome you to the community.

Enclosed is a copy of the Covenants & Restrictions for your files. We also have a website at averyparknews.com. The website is designed to keep homeowners up to date with the latest neighborhood information and is sponsored by one of our homeowners. If you plan on making any alterations, additions, or changes to the exterior of the property, an ARB application must be submitted and approved prior to commencement of any work. A copy of the application and instruction sheet is included in this letter for your convenience for the future, and it can also be printed from the website.

If you have not already submitted your information to be programmed into the gate system, please let me know ASAP, so that can be done.

We look forward to your involvement in the community and welcome your participation on one of our committees. Feel free to call me at any time if you should have any questions regarding the Association.

Sincerely,

Meridythe Kanaga, CPM, LCAM
President

Enclosure
Cc:    File

EXHIBIT #3