### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In re:                                                                  Case No. 07-19845-BKC-RBR
                                                                              Chapter 11

LEVITT AND SONS, LLC

_____Debtor._____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

The liquidating trustee has a balance of $116,958.20 remaining in the liquidating trustee's account which represents the Tennessee debtors' final general unsecured creditor distribution checks drawn and mailed to claimants. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.

Listed below, pursuant to Bankruptcy Rule 3011, are the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.


Dated:   7/1/2015                                    /s/ James Feltman, Plan Administrator
                                                     JAMES S. FELTMAN, Plan Administrator
                                                     600 Brickell Ave, Suite 2520
                                                     Miami, FL 33131
                                                     (305) 416-3316

| CASE NUMBER | BUSINESS/LAST NAME OF CLAIMANT | FIRST NAME OF CLAIMANT | ADDRESS | CITY | STATE (ex. FL, OH) | ZIP | CLAIM # | CLAIMANT AMOUNT | RECEIPT NUMBER | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-19845 | SPECIAL TOUCH OF TN LLC | | 6201 CAYCE LANE | COLUMBIA | TN | 38401 | Claim 000016 | $321.39 | | |
| 07-19845 | CUSTOMER VELOCITY INC. | | 25211 GROGANS MILL RD, STE 225 | THE WOODLANDS | TX | 77380 | Claim 000038 | $106.50 | | |
| 07-19845 | MULCH WORKS INC. | | 7430 MOORE ROAD | MEMPHIS | TN | 38120 | Claim 000214 | $1,423.02 | | |
| 07-19845 | SHELBY CHANCERY COURT | CLERK AND MASTER | RM 308 140 ADAMS | MEMPHIS | TN | 38103 | Claim 000216 | $108.25 | | |
| 07-19845 | STANFIELD | VIRGINIA | 6464 KESWICK DRIVE | MEMPHIS | TN | 38119 | Claim 000709 | $3,294.86 | | |
| 07-19845 | G&R ROOFING LLC | | 6870 HILLSHIRE STE 9 | BARTLETT | TN | 38133 | Claim 001017 | $2,594.12 | | |
| 07-19845 | THRASH | BRETT W. | 3829 DAVIES MANOR DR | BARTLETT | TN | 38133 | Claim 001044 | $251.25 | | |
| 07-19845 | QUALITY INSULATION INC | | 10600 RIDGEWOOD DR | OLIVE BRACH | TN | 38654 | Claim 001092 | $11,999.13 | | |
| 07-19845 | REGEN CAPITAL/RIVERSIDE CLAIM LLC | DAVID ENGINEERING CO INC | 6625 LENOX PARK DR STE 117 | MEMPHIS | TN | 38115 | Claim 001174 | $927.34 | | |
| 07-19845 | ALL STAR WASTE SYSTEMS LLC | | PO BOX 278 | COLLIERVILLE | TN | 38027 | Claim 001197 | $1,168.94 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003682 | $775.15 | | |
| 07-19845 | QWEST COMMUNICATIONS CORP | ATTN: JANE FREY | 1801 CALIFORNIA ST RM 900 | DENVER | CO | 80202 | Claim 001224 | $4.16 | | |
| 07-19845 | VISUAL THUNDER INC | | 3169 PLAYERS CLUB PARKWAY | MEMPHIS | TN | 38125 | Claim 001294 | $187.27 | | |
| 07-19845 | GLOBAL CENTRAL AIR SERVICE | | PO BOX 343416 | BARTLETT | TN | 38184 | Claim 001410 | $653.27 | | |
| 07-19845 | WRIGHT | VANESSA | 1275 ESSEX APT 4 | MEMPHIS | TN | 38119 | Claim 001981 | $36.64 | | |
| 07-19845 | MEJIA | JORGE | 4405 AIRLINE ROAD | ARLINGTON | TN | 38002 | Claim 003090 | $368.06 | | |
| 07-19845 | JORDAN | ESTHER | PO BOX 140 | OAKLAND | TN | 38060 | Claim 003096 | $852.00 | | |
| 07-19845 | FIRST TN BANK, N.A. | FIRST HORIZON NATIONAL CORP | 6522 CHAPMAN HWY | KNOXVILLE | TN | 37920 | Claim 003243 | $1,910.85 | | |
| 07-19845 | QUALITY INSULATION INC | | 10600 RIDGEWOOD DRIVE | OLIVE BRACH | TN | 38654 | claim #1092 | $14,562.32 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003680 | $5,966.25 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003681 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003683 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003685 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003687 | $4,185.36 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003688 | $4,185.36 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003689 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003690 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003691 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003692 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003693 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003694 | $4,197.00 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003695 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003696 | $710.61 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003697 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 004021 | $7,933.21 | | |
| 07-19845 | RUDEN MCCLOSKY SMITH SCHUSTER & RUSSELL PA | ATTN: RICHARD MALCHON, ESQ | 401 E JACKSON ST, STE 2700 | TAMPA | FL | 33602 | Claim 004212 | $1,350.59 | | |
| 07-19845 | WILLIAMS SCOTSMAN INC. | AIMEE DUBON | 8211 TOWN CENTER DR | BALTIMORE | MD | 21236 | Claim 004272 | $22.85 | | |
| 07-19845 | TAYLOR | JASON OR LASHONA | 2682 WIGAN COVE | CORDORA | TN | 38016 | Claim 004296 | $248.10 | | |
| 07-19845 | BONDED BUILDERS SERVICES CORP | JIMMY D. PARRISH, ESQ. | 390 N. ORANGE AVE, STE 600 | ORLANDO | FL | 32801 | Claim 004389 | $123.54 | | |
| 07-19845 | BONDED BUILDERS SERVICES CORP | JIMMY D. PARRISH, ESQ. | 390 N. ORANGE AVE, STE 600 | ORLANDO | FL | 32801 | Claim 004394 | $2,488.36 | | |
| 07-19845 | BORAL BRICKS INC. | | 3045 N GERMANTOWN RD | BARTLETT | TN | 38133 | Claim 584846 | $22,465.71 | | |
| 07-19845 | BUDGET BLINDS OF EAST | | 15401 GOODMAN ROAD NO. 5 | OLIVE BRACH | MS | 38654 | Claim 584848 | $212.79 | | |
| 07-19845 | COMCAST COMMERCIAL | | PO BOX 37601 | PHILADELPHIA | PA | 19101 | Claim 584854 | $170.40 | | |
| 07-19845 | CREASIE PLUMBING | | 7588 HWY 178 WEST | OLIVE BRACH | MS | 38654 | Claim 584855 | $5,304.55 | | |
| 07-19845 | KOHNERT | ROSEANN | PO BOX 22081 | MEMPHIS | TN | 38122 | Claim 584866 | $67.31 | | |
| 07-19845 | SPRINT | | PO BOX 740602 | CINCINNATI | OH | 45274 | Claim 584871 | $136.52 | | |
| 07-19845 | DESCH ENT | | 2405 WARREN ROAD, PO BOX 140 | OAKLAND | TN | 38060 | Claim 584875 | $717.38 | | |
| 07-19845 | BLEDSOE | JAMES EDDIE | 1194 SPRINGDALE STREET | MEMPHIS | TN | 38108 | Claim 584895 | $85.20 | | |
| 07-19845 | MCCALL | JULIA ANN | PO BOX 342982 | BARTLETT | TN | 38184 | Claim 584898 | $155.98 | | |
| 07-19845 | MEMPHIS CERAMIC TILE INC | | 1735 LOCHEARN DR | MEMPHIS | TN | 38116 | Claim 584903 | $114.04 | | |
| 07-19845 | PEREZ | LUIS | 1461 DEXTER LAKE DR NO 204 | CORDOVA | TN | 38016 | Claim 585148 | $120.64 | | |
| 07-19845 | FROST | ROBERT | 11154 EWE TURN DRIVE | ARLINGTON | TN | 38002 | Claim 585150 | $5,952.50 | | |
| 07-19845 | CRAWFORD | SUSAN | 130 KYLIE GAYLE ROAD | OAKLAND | TN | 38060 | Claim 585151 | $455.93 | | |
| 07-19845 | CITY OF HENDERSENVILLE | | 101 MAPLE DRIVE NORTH | HENDERSONVILLE | TN | 37075 | claim #4399 | $292.00 | | |
| | | | | | | | | | | |
| | TOTAL | | | | | | | $116,958.20 | | |