U S Bankruptcy Court
Southern District of Florida
299 E. Broward Blvd #112
Ft Lauderdale, Fl 33301

        Re: Levitt & Sons Bankruptcy   Case 07 19845
        Nov 9, 2007

        Creditors: Jack and Phyllis Cash
           Claim 1034   $2296.74
           Claim 4205   $1219.61
           Total               3516.35

We wanted to update your records with our current address. We have moved back to our Home state of Ohio    We are in the process of filing the proper forms with the Financial Section to recover the amounts held by the Courts from the Levitt Filing.

Our current address is       Jack / Phyllis Cash
                            3603 Vicary Sq NE
                            Apt 1
                            Canton, Ohio 44714

                            Telephone 330 956 5481 home
                                  330 704 9057 Cell

Thank you for updating our address and the filing will be made with the financial section in the next few days.   If there are any questions or anything else is required please let me know.

                                          Thank You

                                          Jack G. Cash

U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

JUL 1 3 2015

FILED / RECEIVED