UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Chapter 11 Cases

LEVITT AND SONS, LLC,                          Case No.   07-19845-BKC-RBR
a Florida limited liability company, et al.
                                                                Jointly Administered
        Debtors.
_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

        Applicant, Stevan Kraguljac _____
_____, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ 45,441.73 _____, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of Sky General Contracting Inc __. Applicant further states that:

1.      (Indicate one of the following items:)

        _____  Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant.  If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

        _____  Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited.  **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.**  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

        __X__  Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

Page 1 of 3

LF-27 (rev. 12/01/09)

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 7-14-15

Sky General Contracting Inc.

Name Under Which Funds Were Deposited    Signature of Applicant

1326
Claim Number

*1326*

9973
Name of Party On Whose Behalf
Application Was Filed*

Last Four Digits of SS#

Tax ID (EIN #)

Address: 9060 Willowbrook Circle, Bradenton, Fl 34212

Stevan Kraguljac, President
Print Name and Title of Applicant

Sky General Contracting Inc.
Print Company Name

9060 Willowbrook circle
Print Street Address

Bradenton, Florida 34212
Print City and State

941-809-9979
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 07-14-15

NOTARY PUBLIC, AT LARGE
STATE OF Florida

David Berns
Notary Public
State of Florida
My Commission Expires 08/29/2017
Commission No. FF 49856

Page 3 of 3

LF-27 (rev. 12/01/09)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                               Chapter 11 Cases

LEVITT AND SONS, LLC,                                Case No. 07-19845-BKC-RBR
a Florida limited liability company, et al.
                                                     Jointly Administered
     Debtors.
_____/

## AFFIDAVIT OF CLAIMANT

I, __Stevan Kraguljac_____, am (indicate status of claimant)

(  ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( X ) the duly authorized representative for the claimant "business"  Sky General Contracting Inc._; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;      SK

and I am seeking payment of unclaimed funds in the amount of $ 45,441.73_____deposited in this court in the name of  Sky General Contracting Inc._____ and representing claim number___1326_____ (if no claim was filed write "scheduled" in blank space).

    2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 7-14-15

(EIN #)

_____
signature of claimant or representative of "business" claimant
  Stevan Kraguljac
print name
 President-Sky General Contracting
title

   9973
Last Four Digits of Social Security # or Tax ID#

(Note: attach a copy of an official government photo id such as a driver's license or passport")

9060 Willowbrook Circle, Bradenton Fl 34212
address

   941-809-9979
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

(EIN #)

_____
Last Four Digits of Social Security # or Tax ID#

(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on    7-14-15            .

_____
NOTARY PUBLIC, AT LARGE

STATE OF    Florida

David Berns
Notary Public
State of Florida
My Commission Expires 08/29/2017
Commission No. FF 49856

Page 2 of 2

LF-28 (rev. 12/01/09)

2009 FOR PROFIT CORPORATION ANNUAL REPORT
DOCUMENT# P06000125267

Case 07-19845-RBR   Doc 6397   Filed 07/17/15   Page 6 of 7

FILED
May 12, 2009
Secretary of State

**Entity Name:** SKY GENERAL CONTRACTING, INC.

**Current Principal Place of Business:**

395 INTERSTATE BOULEVARD
SARASOTA, FL 34240    US

**New Principal Place of Business:**

**Current Mailing Address:**

13939 WOOD DUCK CIRCLE
BRADENTON, FL 34202    US

**New Mailing Address:**

~~14260 GNATCATCHER TERR~~
~~BRADENTON, FL 34202~~    US

**FEI Number:** 20-5638106    **FEI Number Applied For ( )**    **FEI Number Not Applicable ( )**    **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

KRAGULJAC, STEVAN
13939 WOOD DUCK CIRCLE
BRADENTON, FL 34202    US

**Name and Address of New Registered Agent:**

KRAGULJAC, STEVAN
14260 GNATCATCHER TERR
BRADENTON, FL 34202    US

9060 willow brook cir
BRAdenton, Fl 34212

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____    05/12/2009
            Electronic Signature of Registered Agent                Date

In accordance with s. 607.193(2)(b), F.S., the corporation did not receive the prior notice.
Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | PTS    ( ) Delete |
| Name: | KRAGULJAC, STEVAN |
| Address: | 13939 WOOD DUCK CIRCLE |
| City-St-Zip: | BRADENTON, FL 34202 US |

| | |
|---|---|
| Title: | VP    (X) Delete |
| Name: | FISHER, CHARLES B |
| Address: | 14260 GNATCATCHER DR |
| City-St-Zip: | BRADENTON, FL 34202 US |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

| | |
|---|---|
| Title: | ( ) Change ( ) Addition |
| Name: | |
| Address: | |
| City-St-Zip: | |

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: STEVE KRAGULJAC                                    PTS        05/12/2009
            Electronic Signature of Signing Officer or Director            Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                Chapter 11 Cases

LEVITT AND SONS, LLC,                                 Case No. 07-19845-BKC-RBR
a Florida limited liability company, et al.
                                                      Jointly Administered
        Debtors.
_____/

## CORPORATE LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, (we),

Stevan Kraguljac, of  SKY GENERAL CONTRACTING  acting on its behalf hereby state(s) that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to Sky General Contracting Inc. _____ held by the United States, but a state or local municipality, or by an agency or instrumentality of either.


By: Stevan Kraguljac,

President, Sky General Contracting Inc.

David Berns
Notary Public
State of Florida
My Commission Expires 08/29/2017
Commission No. FF 49856

Sworn to and Subscribed before me

David Berns

on  07-14-15

NOTARY PUBLIC, AT LARGE
STATE OF Florida

U. S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA

JUL 17 2015

FILED_____RECEIVED_____