UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                      Case No. 07-19845 BKC RBR

**Levitt & Sons, LLC**                                      Chapter 11

JUL 2 ...

_____Debtor_____/

### APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __**Adams & Cohen**__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $4,285.78, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. ▯2041 as unclaimed funds held in the name of Martin & Barbara Barna. Applicant further states that:

1.   (Indicate one of the following items:)

____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

_____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

_____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy

LF-27 (rev. 12/01/09)                 Page 1 of 3

Court Clerk" under whose name these funds were deposited.  Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.  **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__   Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited.  Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____   Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation.  Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____   Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. ▯2042.

Dated: 7-16-15

Martin & Barbara Barna
Name Under Which Funds Were Deposited

    121254
Claim Number
Martin & Barbara Barna
Name of Party On Whose Behalf
Application Was Filed*

Address:   4400 Comanche Trail Blvd.,

        Saint Johns, FL 32259

_____

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #)___2751_____

Jairo Camargo/                    Manager
Print Name and Title of Applicant

 Adams & Cohen
Print Company Name

P.O. Box 546293
Print Street Address

Miami Beach, FL 33154
Print City and State

 (888) 978-9990
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on   7/16/15

_____
NOTARY PUBLIC, AT LARGE
STATE OF Florida

Oslenys B. Alba
COMMISSION # FF216520
EXPIRES: May 13, 2019
WWW.AARONNOTARY.COM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No. 07-19845 BKC RBR

                                          Chapter 11

**Levitt and Sons, LLC**


_____Debtor____/

JUL 2 ** ***

### AFFIDAVIT OF CLAIMANT

I, <u>Martin & Barbara Barna</u>, am (indicate status of claimant)

( X ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __**Adams & Cohen**_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____
_____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to **Adams & Cohen**_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to __**Adams & Cohen**_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to __**Adams & Cohen**_____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $<u>4,285.78</u> deposited in this court in the name of <u>Martin & Barbara Barna</u> and representing claim number <u>121254</u> (if no claim was filed write "scheduled" in blank space).


2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received

LF-28 (rev. 12/01/09)          Page 1 of 2

remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 07/14/2015

signature of claimant or representative of "business" claimant
Martin Barna  *Martin Barna*
print name
Claimant  *Martin Barna*
title

_____5477_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

4400 Comanche Trail Blvd., Saint Johns, FL 32259
address

(904) 287-9870
Phone number

*Barbara Barna*
signature of joint claimant/ debtor (if applicable)

Barbara Martin
print name  *BARBARA BARNA*

_____1592_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me on 07/14/2015.

DEJI E. GIDADO
NOTARY PUBLIC, AT LARGE
STATE OF FLORIDA

DEJI E. GIDADO
Notary Public - State of Florida
My Comm. Expires Aug 19, 2015
Commission # EE 90539

State of FL
County of St. Johns.
07/14/2015

LF-28 (rev. 12/01/09)  Page 2 of 2

## LIMITED POWER OF ATTORNEY
(For one transaction only)

**Martin & Barbara Barna** ("CLIENT"), appoints **Adams & Cohen** ("A&C") as its lawful attorney-in-fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount **$4,285.78** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds held by a governmental agency or authority.

CLIENT grants to A&C the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the government agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT less the fee payable to A&C pursuant to and in accordance with its agreement with CLIENT.

A&C may not make any expenditure or incur any costs on behalf of CLIENT.

This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall become effective on the date signed and will expire upon collection of the above-mentioned FUNDS. I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_____    _____
Signature: Martin Barna         Signature: Barbara Barna

===========================================================================

### NOTARY ACKNOWLEDGMENT

State of _Florida_

County of _Saint Johns_

SUBSCRIBED AND SWORN on the _14th_ day of _July_, 2015 before me, personally appeared _Martin Barna, Barbara Barna_, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification provided by the above named was:** _Drivers License_.

WITNESS my hand and official seal,

Signature _Matthew Dearwent_
Notary Public                My commission expires: _04/05/2019_

MATTHEW DEARWENT
Notary Public - State of Florida
Commission # FF 217063
My Comm. Expires Apr 5, 2019
Bonded through National Notary Assn.

Public Records of St. Johns County, FL Clerk # 2006048228, O.R. 2732  PG 1091,
06/27/2006 at 02:22 PM   REC. $9.00  SUR. $9.50   Doc. D $1680.00

Prepared by and after recording return to:
Lawrence V. Ansbacher, Esq./aa
Ansbacher & Schneider, P.A.
5150 Belfort Road South, Building 100
Jacksonville, FL 32256

RECORD AND RETURN TO:
LANDAMERICA SERVICE CENTER
10751 DEERWOOD PARK BLVD., SUITE 100
JACKSONVILLE, FL 32256

## SPECIAL WARRANTY DEED

**1. IDENTIFICATION OF GRANTOR**

Grantor's name and address is:  Nature Park Investments, Inc., a Florida corporation,
12740 Atlantic Blvd., Suite 7
Jacksonville, Florida 32224

The word "I" or "me" as hereafter used means the Grantor.

**2. IDENTIFICATION OF GRANTEE**

Grantee's name and address is:  Martin Barna and Barbara Barna, husband and wife,
2800 Applachee Way
Jacksonville, FL 32259

Grantee's tax identification number is: _____

The word "you" as hereafter used means the Grantee.

**3. MEANINGS OF TERMS**

The terms "I," "me," or "you" shall be non-gender specific ((i) masculine, (ii) feminine, or (iii) neuter, such as corporations, partnerships or trusts), singular or plural, as the context permits or requires, and include heirs, personal representatives, successors or assigns where applicable and permitted.

**4. DESCRIPTION OF REAL PROPERTY CONVEYED**

Property hereby conveyed (the "Real Property") is described as follows:

Units 107, Building B, OFFICES AT JOHNS CREEK, a condominium, according to the
Declaration of Condominium recorded in Official Records Book 2551 page 271, and
all exhibits and amendments thereof, Public Records of St. Johns County, Florida.

together with all tenements (property capable of being held with unconditional power of disposition), hereditaments (inheritable interest in property), easements (right to use land of another) and appurtenances (right used with land for its benefit) belonging to or benefiting such property.

The Property Appraiser's Parcel Identification Number is 009970-0140.

**5. CONSIDERATION**

Good and valuable consideration plus the sum of Ten Dollars ($10.00) received by me from you.

050630

OR BK. 2732   PG   1092

### 6. CONVEYANCE OF REAL PROPERTY

For the consideration described in Paragraph 5, I have granted, bargained and sold to you the Real Property to have and to hold in fee simple (estate in property unlimited as to duration, disposition and descendability) forever.

### 7. SPECIAL WARRANTY

I do hereby warrant title to the Real Property and will defend the same against the lawful claims of all persons claiming by, through or under me, except for covenants, reservations, restrictions and easements of record, if any, and taxes subsequent to December 31, 2005.

### 8. EXECUTION

I have executed this instrument on the 19th day of June, 2006.

Signed, sealed and delivered
in the presence of:

_____
Witness Signature

Levinda Rowlinson
Witness Printed Name

_____
Witness Signature

Alma I. Ardito
Witness Printed Name

Nature Park Investments, Inc.
A Florida corporation

By: _____
Scott R. Solem, President

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me this 19th day of June, 2006 by Scott R. Solem, President of Nature Park Investments, Inc., a Florida corporation, on its behalf. He is personally known to me.

_____
Notary Public - State of Florida

ALMA I. ARDITO
MY COMMISSION # DD 149304
EXPIRES: September 11, 2006
Bonded Thru Notary Public Underwriters

050630