

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Levitt and Sons, LLC, et al.        Case No.:  07-19845 - *RBR*
                                            Chapter:   11

_____ Debtor _____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, ELIAS AND ROSA AJOY ABADIE, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $1,281.14, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of ELIAS AND ROSA AJOY ABADIE. Applicant further states that:

1. (Indicate one of the following items:)

   __X__ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   _____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   _____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all

Page 1 of 4

LF-27 (rev. 12/01/09)

applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending

before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 7/15/15

ROSA AJOY ABADIE
Name Under Which Funds Were Deposited

*Rosa Abadie*
Signature of Applicant
(Note: In addition to signing, complete all information below)

Claim Number _____

Last Four Digits of SS# 5400

Name of Party On Whose Behalf Application Was Filed*

Tax ID (EIN #) _____

Address: 5715 106th Av E. Parrish FL 34219.

*Rosa B Abadie*
Print Name and Title of Applicant

_____
Print Company Name

_____
Print Street Address

_____
Print City and State

_____
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 7/15/15

_____
NOTARY PUBLIC, AT LARGE
STATE OF Florida



MICHELLE GUADARRAMA
Notary Public, State of Florida
Commission # EE 207728
My comm. expires July 2, 2016

LF-27 (rev. 12/01/09)

Dated: 7/5/15

**ELIAS AJOY**
Name Under Which Funds Were Deposited

_____
Claim Number

_____
Name of Party On Whose Behalf Application Was Filed*

Address: 5715 106 AVE E
PARRISH FL
34219

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# 5407

Tax ID (EIN #)_____

ELIAS M. AJOY
Print Name and Title of Applicant

_____
Print Company Name

_____
Print Street Address

_____
Print City and State

_____
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on 7/15/15

_____
NOTARY PUBLIC, AT LARGE
STATE OF Florida

**MICHELLE GUADARRAMA**
Notary Public, State of Florida
Commission # EE 207728
My comm. expires July 2, 2016

Page 4 of 4

LF-27 (rev. 12/01/09)