UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              Chapter 11 Cases

LEVITT AND SONS, LLC,                               Case No. 07-19845-BKC-RBR
a Florida limited liability company, et al.
                                                    Jointly Administered
       Debtors.
_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

       Applicant, Dawn Carapella, as Chapter 7 Trustee of the bankruptcy estate of Stevan Kraguljac, Case No. 8:09-bk-17382-CPM, pending in the U.S. Bankruptcy Court, Middle District of Florida, Tampa Division, as sole shareholder of Sky General Contracting, Inc., applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ $54,281.93, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of Sky General Contracting, Inc. Applicant further states that:

1.     (Indicate one of the following items:)

       ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

       X Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity. Attached hereto are copies of: (1) the docket of the Stevan Kraguljac case, Case No. 8:09-bk-

17382-CPM, indicating my appointment as successor trustee on July15, 2015 (Exhibit "A")and (2) copies of the Schedules and Statement of Financial Affairs indicating Mr. Kraguljac's interest in Sky General Contracting, Inc. (Exhibit "B") and (3) excerpts from Sunbiz indicating the dissolution of Sky General Contracting (Exhibit "C")

X   Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. A **Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.** Attached hereto are copies of: (1) the docket of the Stevan Kraguljac case, Case No. 8:09-bk-17382-CPM, indicating my appointment as successor trustee on July15, 2015 (Exhibit "A")and (2) copies of the Schedules and Statement of Financial Affairs indicating Mr. Kraguljac's interest in Sky General Contracting, Inc. (Exhibit "B") and (3) excerpts from Sunbiz indicating the dissolution of Sky General Contracting (Exhibit "C")

___ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn

2

affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 7/24/2015

Sky General Contracting Inc.
Name Under Which Funds Were Deposited

1328
Claim Number

Dawn A. Carapella, Chapter 7 Trustee
Name of Party On Whose Behalf Application Was Filed*

Address: P.O. Box 67

Valrico, FL 33595

Signature of Applicant: *Dawn A. Carapella, Chapter 7 Trustee of the Estate of Stewart Kragujac, Case No. 9:09-bk-17382*
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# 9786

Tax ID (EIN #)_____

\Dawn A. Carapella, Chapter 7 Trustee
Print Name and Title of Applicant

_____
Print Company Name
P.O. Box 67
Print Street Address

Valrico, FL 33595
Print City and State

813-294-6548
Telephone (including area code)

3

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on  7-24-15

_____
NOTARY PUBLIC, AT LARGE
STATE OF  Florida

* Notarizing Dawn Carapella signature only *

4

