UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

JUL 29 2015



IN RE:

LEVITT AND SONS, LLC,
a Florida limited liability company, et al.

Debtors.
_____/

Chapter 11 Cases

Case No. 07-19845-BKC-RBR

Jointly Administered

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Michele Galban__, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $__1612.80__, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of __Eugenia M. Centa__. Applicant further states that:

1. (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    _X_ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name

Page 1 of 3

LF-27 (rev. 12/01/09)

these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this

claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: 7/22/15

Eugenia M. Centa                    Michele Jalban
Name Under Which Funds Were Deposited    Signature of Applicant
                                         (Note: In addition to signing, complete all
2755                 information below)
Claim Number
Michele Galban      Last Four Digits of SS# 0341
Name of Party On Whose Behalf
Application Was Filed*

                                   Tax ID (EIN #)

Address:      Michele Galban
              Print Name and Title of Applicant


                                   Print Company Name

                                   Print Street Address
                                   2045 Windermere Crossing
                                   Print City and State
                                   Cumming, GA 30041
                                   Telephone (including area code)
                                   678-947-6545

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.


Sworn to and Subscribed before me

on July 22, 2015                   Jacquelin S. Woody
                                   exp March 25, 2018
NOTARY PUBLIC, AT LARGE
STATE OF  Georgia


Page 3 of 3

LF-27 (rev. 12/01/09)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

LEVITT AND SONS, LLC,
a Florida limited liability company, et al.

Debtors.
_____/

Chapter 11 Cases

Case No. 07-19845-BKC-RBR

Jointly Administered

## AFFIDAVIT OF CLAIMANT

I, **Michele Galban**, am (indicate status of claimant)

(X) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to **Michele Galban**, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ **1612.80** deposited in this court in the name of **Eugenia M. Centa** and representing claim number (if no claim was filed write "scheduled" in blank space).   **# 2755**

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate

Page 1 of 2

LF-28 (rev. 12/01/09)

claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

*Michele Galban*
signature of claimant or representative of "business" claimant

Dated: 7/22/15

print name  Michele Galban

title

(EIN #)

Last Four Digits of Social Security # or Tax ID#
0341
(Note: attach a copy of an official government photo id such as a driver's license or passport")

address  2045 Windermere Crossing
Cumming, GA 30041
Phone number
678-947-6545

signature of joint debtor (if applicable)

print name

(EIN #)

Last Four Digits of Social Security # or Tax ID#

(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me on  July 22, 2015.

*Jacqueli S. Woody*
NOTARY PUBLIC, AT LARGE   my exp. March 25, 2018

STATE OF  Georgia

Page 2 of 2

LF-28 (rev. 12/01/09)

[Notary seal: JACQUELINE S. WOODY, NOTARY PUBLIC, COLUMBIA COUNTY, GEORGIA, MARCH 25, 2018]



2010 MAR -5 PM 3: 18

STATE OF GEORGIA

COUNTY OF FORSYTH                                    ESTATE NO. 2010-ES-8510

## LETTERS TESTAMENTARY
(Relieved of Filing Returns and Inventories)

By The Honorable Lynwood D. Jordan, Jr., Judge of the Probate Court of said County.

KNOW ALL WHOM IT MAY CONCERN:

That on the 5th day of March, 2010, at a regular term of the Probate Court, the Last Will and Testament dated July 13, 2000, of Eugenia M. Centa, deceased, at the time of his or her death a resident of said County, was legally proven in Solemn form and was admitted to record by order, and it was further ordered that Michele N. Centa Galban named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

NOW, THEREFORE, the said Michele N. Centa Galban, having taken the oath of office and complied with all the necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all the powers of Executor(s) under the Will of said deceased, according to the Will and the law.

Given under my hand and official seal, the 5th day of March, 2010.

_____
Probate Judge

NOTE: The following must be signed if the judge does not sign the original of this document:

Issued by:                                                          (Seal)

_____
PROBATE CLERK/DEPUTY CLERK

**STATE OF GEORGIA**
**FORSYTH COUNTY**
I, THE UNDERSIGNED, Clerk of the Probate Court of Forsyth County, Georgia, DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on the record and file in the office of the Probate Court of Forsyth County, Georgia and that the same is in full force and effect. Witness my hand and seal of the Probate Court

of Forsyth County, Georgia this 5th day of March, 2010.

_____
Clerk, Probate Court of Forsyth County

#2755

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| Name of Debtors | Case Numbers: |
|---|---|
| Levitt and Sons of Hall County, LLC | 07-19881 |

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503. (See Local Rule 3001-1(B))

**PROOF OF CLAIM**

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Eugenia M Centa

Name and Address Where Notices Should be Sent:

Eugenia M Centa
137 Maplebrook Ct
Columbus GA 31904

The Debtor has listed your claim on Schedule E in the amount of $17,785.00, with $2,450.00 entitled to priority. If you agree with this characterization and amount, you do not need to complete and return this form. If you disagree, please complete and return this form accordingly.

Telephone No: (706) 571-0054

Indicate Debtor against which you assert a claim by checking the appropriate box below.
**(Check ONLY one Debtor Per Claim Form.)**

- ☐ Levitt and Sons, LLC (Case No. 07-19845-BKC-RBR)
- ☐ BankAtlantic Venture Partners 5, LLC (Case No. 07-19853-BKC-RBR)
- ☐ Bellaggio by Levitt and Sons, LLC (Case No. 07-19856-BKC-RBR)
- ☐ Levitt GP, LLC (Case No. 07-19859-BKC-RBR)
- ☐ Levitt Construction Corp.-East (Case No. 07-19861-BKC-RBR)
- ☐ Levitt Construction-East, LLC (Case No. 07-19871-BKC-RBR)
- ☐ Levitt Industries, LLC (Case No. 07-19875-BKC-RBR)
- ☐ Levitt Homes Bellaggio Partners, LLC (Case No. 07-19878-BKC-RBR)
- ☐ Levitt Homes, LLC (Case No. 07-19882-BKC-RBR)
- ☐ Avalon Park by Levitt and Sons, LLC (Case No. 07-19884-BKC-RBR)
- ☐ Levitt and Sons of Lake County, LLC (Case No. 07-19888-BKC-RBR)
- ☐ Levitt and Sons of Manatee County, LLC (Case No. 07-19851-BKC-RBR)
- ☐ Levitt and Sons of Hernando County, LLC (Case No. 07-19854-BKC-RBR)
- ☐ Regency Hills by Levitt and Sons, LLC (Case No. 07-19855-BKC-RBR)
- ☐ Levitt and Sons at Hunter's Creek, LLC (Case No. 07-19858-BKC-RBR)
- ☐ Levitt and Sons of Seminole County, LLC (Case No. 07-19863-BKC-RBR)
- ☐ Levitt and Sons of Osceola County, LLC (Case No. 07-19866-BKC-RBR)
- ☐ Levitt and Sons of Lee County, LLC (Case No. 07-19872-BKC-RBR)
- ☐ Cascades by Levitt and Sons, LLC (Case No. 07-19873-BKC-RBR)
- ☐ Levitt and Sons at Hawks Haven, LLC (Case No. 07-19876-BKC_RBR)
- ☐ Magnolia Lakes by Levitt and Sons, LLC (Case No. 07-19879-BKC-RBR)
- ☐ Levitt and Sons at Tradition, LLC (Case No. 07-19883-BKC-RBR)
- ☐ Levitt and Sons at World Golf Village, LLC (Case No. 07-19852-BKC-RBR)
- ☐ Levitt and Sons of Flagler County, LLC (Case No. 07-19857-BKC-RBR)
- ☐ Lev-Brn, LLC (Case No. 07-19864-BKC-RBR)
- ☐ Summerport by Levitt and Sons, LLC (Case No. 07-19870-BKC-RBR)
- ☐ Levitt and Sons of Georgia, LLC (Case No. 07-19874-BKC-RBR)
- ☐ Levitt and Sons of Cherokee County, LLC (Case No. 07-19877-BKC-RBR)
- ☒ Levitt and Sons of Hall County, LLC (Case No. 07-19881-BKC-RBR)
- ☐ Levitt and Sons of Paulding County, LLC (Case No. 07-19885-BKC-RBR)
- ☐ Levitt Construction Georgia, LLC (Case No. 07-19887-BKC-RBR)
- ☐ Levitt and Sons of South Carolina, LLC (Case No. 07-19891-BKC-RBR)
- ☐ Levitt and Sons of Horry County, LLC (Case No. 07-19893-BKC-RBR)
- ☐ Levitt Construction-South Carolina, LLC (Case No. 07-19895-BKC-RBR)
- ☐ Levitt and Sons of Tennessee, LLC (Case No. 07-19886-BKC-RBR)
- ☐ Bowden Building Corporation (Case No. 07-19889-BKC-RBR)
- ☐ Levitt and Sons of Nashville, LLC (Case No. 07-19892-BKC-RBR)
- ☐ Levitt and Sons of Shelby County, LLC (Case No. 07-19894-BKC-RBR)

**THIS SPACE IS FOR COURT USE ONLY**

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

**RECEIVED**
FEB 08 2008
KURTZMAN CARSON


0719881071127181305000063

890068-1

| | |
|---|---|
| ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
| ☐ Check box if you have never received any notices from the bankruptcy court in this case. | |
| ☐ Check box if this address differs from the address on the envelope sent to you by the court. | |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR (only list last 4 digits of SS#): | CHECK HERE IF THIS CLAIM:<br>☐ REPLACES<br>☐ AMENDS<br>a previously filed claim, dated _____ |
|---|---|

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other **Deposit**

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____
       (date)       (date)

**2. DATE DEBT WAS INCURRED:** 7/10/07 & 7/30/07

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case was filed included in secured claim above, if any:
$_____

Unsecured Nonpriority Claim $ **15,335.00**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim, all or part of which is entitled to priority.
Amount entitled to priority $ **2,425.00**

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☒ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

* *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ **15,335.00** + $ _____ + $ **2,425.00** = $ **17,785.00**
(Unsecured Nonpriority) (Secured) (Unsecured Priority) (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach legible copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS.* If the documents are not available, explain. If the documents are voluminous, attach a summary. Supporting documents should not exceed 5 pages. (See reverse for instructions)

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. Research and/or copy charges will apply for future copy requests of claims.

| DATE: 2/7/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>By John A. Medina, Attorney for Creditor, Fla. Bar No. 500670 |
|---|---|

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**
**FEB 08 2008**
**KURTZMAN CARSON**

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

---

**File claim with: Levitt and Sons, LLC, c/o Kurtzman Carson Consultants, LLC, 2335 Alaska Ave., El Segundo, CA 90245**

**THIS FORM MUST BE RECEIVED ON OR BEFORE February 11, 2008, OR YOU WILL BE FOREVER BARRED FROM ASSERTING OR RECEIVING PAYMENT FOR YOUR CLAIM(S) FROM LEVITT AND SONS, LLC, et. al.**



KENNEY, SOLOMON & MEDINA, P.C.
ATTORNEYS AT LAW

TELEPHONE: (770) 564-1600
TELECOPIER: (770) 717-0595
www.ksmlawyer.com

February 7, 2008

**<u>Via UPS Overnight Delivery</u>**

Levitt and Sons LLC
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245

      Re:    Levitt and Sons of Hall County, LLC
              Bankruptcy Case No. 07-19881-bkc-rbr
              The Seasons at Lanier
              Our Client: Eugenia M. Centa

Dear Sir/Madam:

    Enclosed please find an original and copy of a proof of claim for Eugenia M. Centa. Please return the second copy of our claim marked "filed" in the enclosed stamped and self-addressed envelope.

    Thank you.

                                    Sincerely,

                                    KENNEY, SOLOMON & MEDINA, P.C.

                                    John A. Medina

JAM
Enclosures – Proof of Claim
              SASE
cc: Eugenia M. Centa

| | |
|---|---|
| **EUGENIA M. CENTA** <br> 137 MAPLEBROOK CT.  PH. 571-0054 <br> COLUMBUS, GA  31904 | 64-7129/2611 <br> 7101200015010 <br> 6292 <br> DATE 7/10/07 |

PAY TO THE ORDER OF  LEVITT & SONS OF Hall County  | $12,475.00

Twelve Thousand Four Hundred Seventy-Five AND NO/100 DOLLARS

**MEMBERS ALLIANCE** <br> FEDERAL CREDIT UNION <br> COLUMBUS, GEORGIA

MEMO  EARNEST MONEY SLL-LOT30      Eugenia M. Centa

⑈ 6292

