


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 07-19845-BKC-RBR
 Chapter 11
LEVITT AND SONS, LLC

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, **HOPPING GREEN & SAMS, P.A.**, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of **$488,199.97**, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of **CASCADES AT GROVELAND COMMUNITY DEVELOPMENT DISTRICT**. Applicant further states that:

1. (Indicate one of the following items:)

 ____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

 ____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

 ____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable

Page 1 of 3

LF-27 (rev. 12/01/09)

records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

**X** Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.   Applicant has made sufficient inquiry and has no knowledge that this claim has

been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: July 30, 2015

CASCADES AT GROVELAND
COMMUNITY DEVELOPMENT DISTRICT
Name Under Which Funds Were Deposited

Signature of Applicant
(Note: In addition to signing, complete all information below)

3460
Claim Number

CASCADES AT GROVELAND
COMMUNITY DEVELOPMENT DISTRICT
Name of Party On Whose Behalf
Application Was Filed*

Last Four Digits of SS# - 3694

Tax ID (EIN #) 26-0126690

Address:  c/o Rizzetta & Company, Inc.

8529 South Park Circle, Suite 330

Orlando, Florida 32819

Tucker F. Mackie
Print Name and Title of Applicant

Hopping Green & Sams, P.A.
Print Company Name

119 South Monroe St., Suite 300
Print Street Address

Tallahassee, Florida 32301
Print City and State

850-425-2217
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me

on July 30, 2015

NOTARY PUBLIC, AT LARGE
STATE OF Florida


LOU ANN KUEHLKE
Commission # EE 203501
Expires July 31, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

Page 3 of 3

LF-27 (rev. 12/01/09)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 07-19845-BKC-RBR
Chapter 11
LEVITT AND SONS, LLC

_____Debtor_____/

**AFFIDAVIT OF CLAIMANT**

I, <u>Mike Fraley</u>, am (indicate status of claimant)

(  ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the duly authorized representative for the claimant "business" _____ _____; or

(  ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( **X** ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to **Hopping Green & Sams, P.A.** a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of **$488,199.97** deposited in this court in the name of **Cascades at Groveland Community Development District** and representing claim number **3460** (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official

Page 1 of 2

LF-28 (rev. 12/01/09)

government photo id to prove your identity.

    3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: July 27, 2015

_signature of claimant or representative of "business" claimant_
Mike Fraley
print name
Chairman, Board of Supervisors
title

EIN# 26-0126690
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

8529 South Park Circle, Suite 330
Orlando, FL 32819
address

(407) 472-2471
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on July 27, 2015.

Susan Anderson
NOTARY PUBLIC, AT LARGE
Susan Anderson

STATE OF Florida


SUSAN ANDERSON
Commission # EE 189770
Expires April 16, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

Page 2 of 2

LF-28 (rev. 12/01/09)

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I

**Mike Fraley, Chairman of the Board of Supervisors of Cascades at Groveland Community Development District**, acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **Cascades at Groveland Community Development District** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this 29th day of July, 2015.

By: _____
Mike Fraley, Chairman of the Board of Supervisors
Cascades at Groveland Community Development District

STATE OF FLORIDA
COUNTY OF Lake

The foregoing instrument was acknowledged before me this 29th day of July, 2015, by the Chairperson of the Cascades at Groveland Community Development District, on behalf of the District. He is personally known to me or has produced _____ as identification.

_____
(Signature of Notary Public)

Susan Anderson
(Typed name of Notary Public)
Notary Public, State of Florida
Commission No.: EE 189770
My Commission Expires: 4-16-16

SUSAN ANDERSON
Commission # EE 189770
Expires April 16, 2016
Bonded Thru Troy Fain Insurance 800-385-7019

# CASCADES AT GROVELAND
# COMMUNITY DEVELOPMENT DISTRICT

DISTRICT OFFICE · 8529 SOUTH PARK CIRCLE · SUITE 330 · ORLANDO, FLORIDA 32819

## CERTIFICATE

I, F. Peter Williams, Secretary of the Cascades at Groveland Community Development District do hereby certify that the attached copy of Resolution 2015-01 was approved at a meeting of the Board of Supervisors duly called and held on November 19, 2014 at which a quorum was present and acting throughout, and which resolution has been compared by me with the original thereof and that said resolution is a true, complete and correct copy thereof, and said resolution had been duly adopted and has not been modified, amended or supplemented and is in full force and effect on and as of the date hereof in the form attached hereto.

IN WITNESS WHEREOF, I have set my hand this  25  day of  July , 2015.

CASCADES AT GROVELAND
COMMUNITY DEVELOPMENT DISTRICT

_____
BY: F. Peter Williams
ITS: Secretary

## RESOLUTION 2015-01

### A RESOLUTION OF THE BOARD OF SUPERVISORS OF CASCADES AT GROVELAND COMMUNITY DEVELOPMENT DISTRICT DESIGNATING SELECT OFFICERS OF THE DISTRICT, AND PROVIDING FOR AN EFFECTIVE DATE

WHEREAS, Cascades at Groveland Community Development District (hereinafter the "District") is a local unit of special-purpose government created and existing pursuant to Chapter 190, Florida Statutes, being situated entirely within the City of Groveland, Lake County, Florida; and

WHEREAS, the Board of Supervisors desires to designate select Officers of the District.

**NOW, THEREFORE, BE IT RESOLVED BY THE BOARD OF SUPERVISORS OF CASCADES AT GROVELAND COMMUNITY DEVELOPMENT DISTRICT:**

Section 1.  Mike Fraley is appointed Chairman.

Section 2.  Herman Martinez is appointed Vice Chairperson.

Section 3.  Patrick Wellington is appointed Assistant Secretary.

Keith Breedlove is appointed Assistant Secretary.

Doug Christopher is appointed Assistant Secretary

Anthony Jeancola is appointed Assistant Secretary

Eric Dailey is appointed Assistant Secretary

Section 4.  This Resolution shall not supersede any appointments made by the Board other than those specified in Sections 1, 2 and 3.

Section 5.  This Resolution shall become effective immediately upon its adoption.

**PASSED AND ADOPTED THIS 19th DAY OF NOVEMBER, 2014.**

CASCADES AT GROVELAND
COMMUNITY DEVELOPMENT DISTRICT

_____
CHAIRMAN/VICE CHAIRMAN

ATTEST:

_____
ASSISTANT SECRETARY

**LIMITED POWER OF ATTORNEY**
(For one transaction only)

**I, Mike Fraley**, do hereby grant to **Hopping Green & Sams, P.A.**, my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$488,199.97**.

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he has authority to sign for the Cascades at Groveland Community Development District.

I do hereby certify that the foregoing is true and correct.

_____
Signature

STATE OF FLORIDA
COUNTY OF Lake

The foregoing instrument was acknowledged before me this 29th day of July, 2015, by the Chairperson of the Cascades at Groveland Community Development District, on behalf of the District.   He   is   personally   known   to   me   or   has   produced _____ as identification.


_Susan Anderson_
(Signature of Notary Public)

Susan Anderson
(Typed name of Notary Public)
Notary Public, State of Florida
Commission No.: EE 189770
My Commission Expires: 4-16-16

SUSAN ANDERSON
Commission # EE 189770
Expires April 16, 2016
Bonded Thru Troy Fain Insurance 800-385-7019