**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No. 07-19845 RBR

Levitt and Sons, LLC, et al., Chapter 11

Debtor /

**APPLICATION TO WITHDRAW UNCLAIMED FUNDS**

Applicant, Greenberg Traurig, P.A., applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $41,232.36, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of BCC Tenants in Common. Applicant further states that:

1. (Indicate one of the following items:)

Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Clerk" under whose name these funds were deposited. Applicant has reviewed applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

     X_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: August 3, 2015

BCC Tenants in Common
Name Under Which Funds Were Deposited

959
Claim Number

Nomet Boca 1, LLC, general partner of

BCC 7777 Associates, LP on behalf of

BCC Tenants in Common
Name of Party On Whose Behalf Application Was Filed*

[signature]
Signature of Applicant
(Note: In addition to signing, complete all information below)

John B. Hutton, Esq.
Attorney for BCC Tenants in Common

n/a
Last Four Digits of SS#

Tax ID (EIN #) 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

Address:

Greenberg Traurig, P.A.
Print Company Name

333 S.E. Second Avenue
Print Street Address

Miami, FL 33131
Print City and State

305-579- 0500
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me on August 3, 2015.

NOTARY PUBLIC, AT LARGE
STATE OF Florida

[signature] Maribel R Fontanez

NOTARY PUBLIC STATE OF FLORIDA
MARIBEL R FONTANEZ
Notary Public - State of Florida
My Comm. Expires Jul 31, 2017
Commission # FF 036952

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Case No. 07-19845

Levitt and Sons, LLC, et al., Chapter 11

Debtor.
_________________________/

**AFFIDAVIT OF CLAIMANT**

I, Michael Kanoff, as President of Nomet Boca 1, LLC, general partner of BCCC 7777 Associates, LP, on behalf of the BCC Tenants in Common, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to ______________________________, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" ______________; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to ______________, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to ______________,a "funds locator" or attorney, to submit an application on my behalf; or

(x) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to Greenberg Traurig, P.A. a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $41,232.36 deposited in this court in the name of BCC Tenants in Common and representing claim number 959 (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: July 28, 2015

[signature]
signature of claimant or representative of "business" claimant

MICHAEL KANOFF
print name

MANAGING MEMBER
title

9263
Last Four Digits of Social Security # or Tax ID# (EIN #)(Note: attach a copy of an official government photo id such as a driver's license or passport")

3500 FLAMINGO DR, MIAMI BEACH, FL 33140
address

305-498-6485
Phone number

signature of joint debtor (if applicable)

print name

Last Four Digits of Social Security # or Tax ID# (EIN #)(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me
on JULY 28, 2015

[signature: Lawrence Abrams]
NOTARY PUBLIC, AT LARGE

STATE OF FLORIDA

**LIMITED POWER OF ATTORNEY**
**(For one transaction only)**

I, Michael Kanoff, as President of Nomet Boca 1, LLC, general partner of BCCC 7777 Associates, LP, on behalf of the BCC Tenants in Common, do hereby grant to Greenberg Traurig, P.A. my sole true and lawful attorney in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of $41,232.36.

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

I do hereby certify that the foregoing is true and correct.

[signature]
Signature

**NOTARY ACKNOWLEDGMENT**

State of FLORIDA

SUBSCRIBED AND SWORN on the 28th day of July, 2015 before me, personally appeared Michael Kanoff, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

Identification for the above named was Driver's License No. (or specify other identification):
Personally Known to me

WITNESS my hand and official seal,

Signature [signature]
Notary Public

My commission expires: LAWRENCE ABRAMS
Notary Public - State of Florida
Commission # FF 191013
My Comm. Expires Feb 7, 2019
Bonded through National Notary Assn.

**CORPORATE LIMITED POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS, that I,

Michael Kanoff, as President of Nomet Boca 1, LLC, as general partner of BCCC 7777 Associates, LP, on behalf of the BCC Tenants in Common*, acting on their behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to BCC Tenants in Common held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this 28 day of July, 2015.

By: ______________________

State of FLORIDA

The above named Michael Kanoff known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: ______________________
Notary Public

My commission expires: LAWRENCE ABRAMS Notary Public - State of Florida Commission # FF 191013 My Comm. Expires Feb 7, 2019 Bonded through National Notary Assn.

*The BCC Tenants in Common consist of BCC 305 LLC, BCC 470 LLC, BCC 2902 LLC, BCC 100 LLC and BCCC 7777 Associates, LP ("BCC Tenants in Common")