**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Levitt and Sons, LLC, et al.        Case No. 07-19845-RBR
                                            Chapter 11
_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, <u>American Property Locators, Inc.</u>, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ <u>45,022.57</u>, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of <u>LaFarge North America Inc.</u>. Applicant further states that:

1.    (Indicate one of the following items:)

___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant.  If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited.  **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.**  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

LF-27 (rev. 12/01/2009)            Page 1 of 3

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

LF-27 (rev. 12/01/2009)                             Page 2 of 3

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: _August 19, 2015_

LaFarge North America Inc.
Name Under Which Funds Were Deposited

___320, 1007___
Claim Number

LaFarge North America Inc.
Name of Party On Whose Behalf Application Was Filed*

Address: 13450 Sunrise Valley Drive, Suite 220

Herndon, VA  20171

_____
Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 73-1425193

Greg Griffith, Locator
Print Name and Title of Applicant

American Property Locators, Inc.
Print Company Name

3855 S Boulevard, Suite 200
Print Street Address

Edmond, OK  73013
Print City and State

(405) 340-4900
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me on _August 19, 2015_

_____
NOTARY PUBLIC, AT LARGE
STATE OF _OKLAHOMA_

[Notary seal: KATRINA CUTTER, NOTARY PUBLIC, STATE OF OKLAHOMA, #03004752, EXP. 04/27/19]

## LIMITED POWER OF ATTORNEY

Lafarge North America, Inc. ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Levitt and Sons, LLC, et al., that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 28th day of July, 2015

PRINCIPAL:
Lafarge North America, Inc.
Federal ID # 58-1290226
By: _____
Title: Vice President

PRINCIPAL'S ADDRESS:

6509 Airport Road    13450 Sunrise Valley Dr., Ste 220
Mississauga, Ontario, Canada L4V 1S7    Herndon, VA 20171
905-629-5352

### ACKNOWLEDGMENT

STATE OF Virginia )
COUNTY OF Fairfax )

Before me a Notary Public, in and for said County and State on this 28th day of July, 2015 personally appeared William G. Miller to me known to be the identical person who subscribed his/her name to the foregoing instrument as its Vice President (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
9/30/2017

Notary Public

[Notary Seal: LISA M. PUERTAS, NOTARY PUBLIC, REG # 359751, COMMISSION EXPIRES 9/30/2017, COMMONWEALTH OF VIRGINIA]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Levitt and Sons, LLC, et al.           Case No. 07-19845
_____ Debtor     /                    Chapter 11

## AFFIDAVIT OF CLAIMANT

I, William G. Miller, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____; or

( ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney) who has granted a power of attorney to American Property Locators, Inc. a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 45,022.57 deposited in this court in the name of Lafarge North America and representing claim number 320, 1007 (if no claim was filed write "scheduled" in blank space).

2.      Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

LF-28 (rev. 12/01/2009)                     Page 1 of 2

3.    I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: _July 28, 2015_

_____
signature of claimant or representative of "business" claimant

William G. Miller
print name

VP and Associate General Counsel
title

58-1290226
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport"

13450 Sunrise Valley Drive #220   Herndon, VA 20171
address

703-480-3613
phone number

N/A
signature of joint debtor (if applicable)

N/A
print name

N/A
Last Four Digits of Social Security # or Tax ID# (EIN #)

Sworn to and Subscribed before me on _July 28, 2015_.

_____
NOTARY PUBLIC, AT LARGE
STATE OF _Virginia_
County of Fairfax

LISA M. PUERTAS
NOTARY PUBLIC
REG # 359751
COMMISSION EXPIRES 9/30/2017
COMMONWEALTH OF VIRGINIA

LF-28 (rev 12/01/2009)    Page 2 of 2

# Certificate of Authority to Act for
## Lafarge North America Inc.

I, the undersigned, Robert Fiolek, as Vice President and Chief Financial Officer of Lafarge North America Inc., do hereby certify that **William G. Miller's** authority to act on behalf of Lafarge North America Inc., includes, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

 IN WITNESS HEREOF, I have hereunto signed my name this 14th day of August, 2015.

Lafarge North America Inc.

_____
Robert Fiolek

Corporate seal

If corporate Seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
That the undersigned hereby says under oath that the corporate seal for this corporation is unavailable

By: _____

Notary Statement

STATE OF VIRGINIA

COUNTY OF FAIRFAX

ACKNOWLEDGMENT

 Before me, the undersigned a Notary Public, in and for said County and State on this 14th day of August 2015, personally appeared Robert Fiolek to me known to be the identical person who subscribed his name to the foregoing instrument, as its Vice President and Chief Financial Officer and acknowledged to me that he executed the same as his free and voluntary act and deed of such corporation, for the purposes therein set forth.

 In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:                Notary

9/30/2017

[Notary Seal: LISA M. PUERTAS, NOTARY PUBLIC, REG # 359751, COMMISSION EXPIRES 9/30/2017, COMMONWEALTH OF VIRGINIA]



William G. Miller
Vice President and Associate General Counsel

**LAFARGE NORTH AMERICA INC.**
13450 Sunrise Valley Drive, Suite 220, Herndon, VA 20171
Direct: (703) 480-3613  Cell: (703) 608-4925
Fax: (703) 796-2217  bill.miller@lafarge.com
www.lafarge-na.com



Pam Melvin
Senior Paralegal

**LAFARGE NORTH AMERICA INC.**
13450 Sunrise Valley Drive, Suite 220, Herndon, VA 20171
Direct: (703) 480-3688  Fax: (703) 796-2217
pam.melvin@lafarge.com
www.lafarge-na.com

**2015 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P17730

Entity Name: **LAFARGE NORTH AMERICA INC.**

FILED
Apr 10, 2015
Secretary of State
CC1894253325

**Current Principal Place of Business:**

13450 SUNRISE VALLEY DRIVE
SUITE #220
HERNDON, VA 20171

**Current Mailing Address:**

13450 SUNRISE VALLEY DRIVE
SUITE #220
HERNDON, VA 20171 US

**FEI Number:** 58-1290226        **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

THE PRENTICE-HALL CORPORATION SYSTEM, INC.
1201 HAYS STREET
TALLAHASSEE, FL 32301 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____ Date
                  Electronic Signature of Registered Agent

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | VS | | Title | AST |
| Name | KEELEY, PETER L | | Name | OOSTERBAAN, ANNA |
| Address | 13450 SUNRISE VALLEY DRIVE SUITE 220 | | Address | 13450 SUNRISE VALLEY DRIVE SUITE 220 |
| City-State-Zip: | HERNDON VA 20171 | | City-State-Zip: | HERNDON VA 20171 |
| Title | DIRECTOR | | Title | VP |
| Name | STULL, JOHN | | Name | VAUGHAN, PATRICK W |
| Address | 13450 SUNRISE VALLEY DRIVE SUITE #220 | | Address | 13450 SUNRISE VALLEY DRIVE SUITE #220 |
| City-State-Zip: | HERNDON VA 20171 | | City-State-Zip: | HERNDON VA 20171 |
| Title | TREASURER | | Title | CFO |
| Name | WAGNER, RICK | | Name | **FIOLEK, ROBERT** |
| Address | 13450 SUNRISE VALLEY DRIVE SUITE #220 | | Address | 13450 SUNRISE VALLEY DRIVE SUITE #220 |
| City-State-Zip: | HERNDON VA 20171 | | City-State-Zip: | HERNDON VA 20171 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: ANNA OOSTERBAAN                                ASSISTANT SECRETARY    04/10/2015
                  Electronic Signature of Signing Officer/Director Detail                                                                    Date

Case 07-19845-RBR    Doc 6308    Filed 12/20/13    Page 98 of 194
Claims Register
Date Range: 11/9/2007 To 12/19/2013

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | A R | A/R Date | Nature | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/15/08 | 1055 | Kirklyn Enterprises Inc | | 4472 Industrial Park Rd | | | Green Cove Springs | FL | 32043 | | EXPUNGED | | | Secured | Levitt and Sons at World Golf Village, LLC | 07-19852 |
| 1/15/08 | 1055 | Kirklyn Enterprises Inc | | 4472 Industrial Park Rd | | | Green Cove Springs | FL | 32043 | | EXPUNGED | | | General Unsecured | Levitt and Sons at World Golf Village, LLC | 07-19852 |
| 1/22/08 | 980 | Kirsten Richelieu | | 721 137th St N E | | | Bradenton | FL | 34212 | | EXPUNGED | | | Secured | Levitt and Sons, LLC | 07-19845 |
| 2/11/08 | 3102 | Kirsten Richelieu | | 721 132th St N E | | | Bradenton | FL | 34212 | | $24,593.00 | | | General Unsecured | Levitt and Sons of Manatee County, LLC | 07-19851 |
| 2/11/08 | 3107 | Kirsten Richelieu | | 721 137th St N E | | | Bradenton | FL | 34212 | | | | | Secured | Levitt and Sons of Manatee County, LLC | 07-19851 |
| 2/11/08 | 3107 | Kirsten Richelieu | | 721 137th St N E | | | Bradenton | FL | 34212 | | $2,425.00 | | | Priority | Levitt and Sons of Manatee County, LLC | 07-19851 |
| 2/8/08 | 1909 | Kitchen Works The | | 3811 University Blvd W No 28 | | | Jacksonville | FL | 32217 | | $15,059.08 | | | General Unsecured | Levitt and Sons at World Golf Village, LLC | 07-19852 |
| 2/12/08 | 4053 | Klein Elite Millwork Inc | | 1000 Williams Dr Ste 1022 | | | Marietta | GA | 30066 | | $218,870.80 | | | General Unsecured | Levitt and Sons of Cherokee County, LLC | 07-19877 |
| 2/11/08 | 2999 | Knight Images Inc Dba Move Magazine | | 130 S Orange Ave Mezzanine Ste 150 | | | Orlando | FL | 32801 | | $2,500.00 | | | General Unsecured | Levitt and Sons, LLC | 07-19845 |
| 2/11/08 | 1756 | Kolleen Evers | Brian H Pollock | The Ferraro Law Firm PA | 4000 Ponce Leon Blvd Ste 700 | | Coral Gables | FL | 33146 | | EXPUNGED | | | General Unsecured | Levitt Homes, LLC | 07-19882 |
| 2/11/08 | 2018 | Kolleen Evers | Brian H Pollock | The Ferraro Law Firm PA | 4000 Ponce Leon Blvd Ste 700 | | Coral Gables | FL | 33146 | | EXPUNGED | | | General Unsecured | Levitt and Sons, LLC | 07-19845 |
| 2/11/08 | 3046 | Kolleen Evers | Brian H Pollock | The Ferraro Law Firm PA | 4000 Ponce de Leon Blvd Ste 700 | | Coral Gables | FL | 33146 | | EXPUNGED | | | General Unsecured | Levitt Construction Corp. East | 07-19861 |
| 1/28/08 | 1511 | Krieger Kitchens | | 11400 Nw 36th Ave | | | Miami | FL | 33169 | | $52,914.93 | | | General Unsecured | Levitt Construction-East, LLC | 07-19871 |
| 4/18/08 | 4270 | Kristen Richelieu | | 721 137th St NE | | | Bradenton | FL | 34212 | | EXPUNGED | | | Priority | Levitt and Sons, LLC | 07-19845 |
| 4/18/08 | 4204 | Kristen Richelieve | | 721 137th St NE | | | Bradenton | FL | 34212 | | EXPUNGED | | | Priority | Levitt and Sons, LLC | 07-19845 |
| 2/11/08 | 3499 | Kristi Dulin | | 164 N Aberdeen | | | Munford | TN | 38058 | | $0.00 | | | Priority | Levitt and Sons of Tennessee, LLC | 07-19886 |
| 2/11/08 | 3499 | Kristi Dulin | | 164 N Aberdeen | | | Munford | TN | 38058 | | $6,006.00 | | | General Unsecured | Levitt and Sons of Tennessee, LLC | 07-19886 |
| 12/19/07 | 360 | Kyle J Fox and Michael Fox | Lawrence Morrison | 220 E 72nd St 25th Fl | | | New York | NY | 10021 | | EXPUNGED | | | Secured | Levitt and Sons of Manatee County, LLC | 07-19851 |
| 12/18/07 | 293 | Labor Finders Delray Beach | | Bwf Enterprises Inc | PO Box 867 | | Boynton Beach | FL | 33425-0867 | | $194.10 | | | General Unsecured | Levitt Homes, LLC | 07-19882 |
| 2/12/08 | 3705 | Labor Ready Mid Atlantic Inc | | PO Box 2910 | | | Tacoma | WA | 98401 | | $174.59 | | | General Unsecured | Bowden Building Corporation | 07-19889 |
| 2/12/08 | 3999 | Labor Ready Southeast Inc | | PO Box 2910 | | | Tacoma | WA | 98401 | | $683.56 | | | General Unsecured | Levitt Construction Corp. East | 07-19861 |
| 12/26/07 | 703 | Lafarge Building | | Materials | PO Box 102420 | | Atlanta | GA | 30368 | | $2,254.52 | | | General Unsecured | Levitt and Sons, LLC | 07-19845 |
| 12/26/07 | 1007 | Lafarge North America Inc | Attn Linda Bobo | 12735 Morris Rd Ext | 3rd Fl Credit | | Alpharetta | GA | 30004 | | $2,254.52 | | | General Unsecured | Levitt and Sons, LLC | 07-19845 |
| 12/17/07 | 320 | LaFarge North America, Inc | Attn Mr Chris Knowles | 12735 Morris Rd Ext Ste 300 | | | Alpharetta | GA | 30004 | | $708,138.45 | | | General Unsecured | Levitt and Sons, LLC | 07-19845 |
| 1/8/08 | 826 | Lake Blue | | 13649 Granville Ave | | | Clermont | FL | 34711 | | $208.52 | | | General Unsecured | Levitt and Sons, LLC | 07-19845 |
| 1/24/08 | 1116 | Lance & Phyllis Vlaskovitz | | 11740 SW Apple Blossom Tr | | | Port St Lucie | FL | 34987 | | $50,000.00 | | | General Unsecured | Levitt and Sons at Tradition, LLC | 07-19883 |
| 2/8/08 | 2220 | Lanes Professional Pest Elimination | | Pest Elimination Inc | PO Box 14973 | | Surfside Beach | SC | 29587 | | $205.80 | | | General Unsecured | Levitt and Sons of Horry County, LLC | 07-19893 |
| 2/8/08 | 2634 | Lanes Professional Pest Elimination | | PO Box 14973 | | | Surfside Beach | SC | 29587 | | $3,438.00 | | | General Unsecured | Levitt Construction-South Carolina, LLC | 07-19895 |
| 12/14/07 | 106 | Larry & Barbara Collins | | PO Box 823808 | | | Pembroke Pines | FL | 33082-3808 | | $2,556.00 | | | General Unsecured | Levitt and Sons, LLC | 07-19845 |