**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Levitt and Sons, LLC, et al.        Case No. 07-19845-RBR
                                             Chapter 11
_____Debtor_____/

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

AUG 17 2015

FILED ___  RECEIVED ___

**APPLICATION TO WITHDRAW UNCLAIMED FUNDS**

Applicant, <u>American Property Locators, Inc.</u>, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ <u>5,872.14</u>, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of <u>SHOWCASE EVENTS INC</u>. Applicant further states that:

1.  (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

LF-27 (rev. 12/01/2009)                      Page 1 of 3

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: *August 12, 2015*

SHOWCASE EVENTS INC
Name Under Which Funds Were Deposited

585407
Claim Number

SHOWCASE EVENTS INC
Name of Party On Whose Behalf Application Was Filed*

Address: 802 El Rancho Drive

Sun City Center, FL  33573

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 73-1425193

Greg Griffith, Locator
Print Name and Title of Applicant

American Property Locators, Inc.
Print Company Name

3855 S Boulevard, Suite 200
Print Street Address

Edmond, OK  73013
Print City and State

(405) 340-4900
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me on *August 12, 2015*

_____
NOTARY PUBLIC, AT LARGE
STATE OF OKLAHOMA

[Notary Seal: Katrina J. Cutter, Notary Public, #09004752, Exp. 04/27/19, State of Oklahoma]

# LIMITED POWER OF ATTORNEY

SHOWCASE EVENTS INC, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Levitt and Sons, LLC, et al., that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 5 day of August, 2015.

**PRINCIPAL:**
SHOWCASE EVENTS INC
Federal ID # 20-8365645
By: [signature]
Title: President

**PRINCIPAL'S ADDRESS:**

802 El Rancho Drive
Sun City Center, FL 33573
813-300-7079

## ACKNOWLEDGMENT

STATE OF NEW YORK

COUNTY OF MONROE )

Before me a Notary Public, in and for said County and State on this 5 day of August, 2015 personally appeared NANCY RODRIGUEZ to me known to be the identical person who subscribed his/her name to the foregoing instrument as its President (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

[signature]
Notary Public

CATHERINE MURRAY
Notary Public - State of New York
No. 01MU6056986
Qualified in Monroe
My Commission Exp. 04/09/2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Levitt and Sons, LLC, et al.  Case No. 07-19845
_____Debtor_____/  Chapter 11

### AFFIDAVIT OF CLAIMANT

I, <u>Nancy Rodriguez</u> , am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____ a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____; or

( ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney) who has granted a power of attorney to <u>American Property Locators, Inc.</u> a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ <u>5,872.14</u> deposited in this court in the name of <u>SHOWCASE EVENTS INC</u> and representing claim number <u>585407</u> (if no claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

LF-28 (rev. 12/01/2009)  Page 1 of 2

3.  I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 8-5-2015

_____
signature of claimant or representative of "business" claimant

Nancy Rodriguez
print name

President
title

1527
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport"

802 El Rancho Drive, Sun City Center FL 33573
address

813-300-7079
phone number

N/A
signature of joint debtor (if applicable)

N/A
print name

N/A
Last Four Digits of Social Security # or Tax ID# (EIN #)

Sworn to and Subscribed before me on Aug 5 2015.

_____
NOTARY PUBLIC, AT LARGE

STATE OF NEW YORK

CATHERINE MURRAY
Notary Public - State of New York
No. 01MU6056986
Qualified in Monroe
My Commission Exp. 04/09/2019

LF-28 (rev 12/01/2009)                    Page 2 of 2

## Certificate of Authority to Act for
## SHOWCASE EVENTS INC

I, the undersigned, **Nancy Rodriguez**, as **President** of SHOWCASE EVENTS INC, do hereby certify that I have the authority to act on behalf of SHOWCASE EVENTS INC, in all matters for SHOWCASE EVENTS INC including, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this __5__ day of __Aug__, 20__15__.

SHOWCASE EVENTS INC

By: _[signature: Nancy Rodriguez]_

Notary Acknowledgement

STATE OF __NEW YORK__

COUNTY OF __Monroe__ )

Before me, the undersigned a Notary Public, in and for said County and State on this __5__ day of __Aug__, 20__15__ personally appeared __NANCY RODRIGUEZ__ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its R 362620636640 and 05/2015 acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: _____

Notary _[signature: Catherine Murray]_

CATHERINE MURRAY
Notary Public - State of New York
No. 01MU6056986
Qualified in Monroe
My Commission Exp. 04/09/2019

**P06000157621**

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



800082787908

12/28/06--01050--021   **87.50

FILED
06 DEC 28 AM 11: 27
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

D. WHITE DEC 29 2006

# COVER LETTER

Department of State
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314

SUBJECT: **Showcase Events Inc.**
(PROPOSED CORPORATE NAME – **MUST INCLUDE SUFFIX**)

Enclosed are an original and one (1) copy of the articles of incorporation and a check for:

| ☐ $70.00 Filing Fee | ☐ $78.75 Filing Fee & Certificate of Status | ☐ $78.75 Filing Fee & Certified Copy | ☑ $87.50 Filing Fee, Certified Copy & Certificate of Status **ADDITIONAL COPY REQUIRED** |

FROM: **Nancy Rodriguez**
Name (Printed or typed)

**14620 Bournemouth Rd**
Address

**Tampa, FL 33626**
City, State & Zip

**813-300-7079**
Daytime Telephone number

**NOTE: Please provide the original and one copy of the articles.**

# ARTICLES OF INCORPORATION

In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

### ARTICLE I    NAME
The name of the corporation shall be:

Showcase Events, Inc.

FILED

06 DEC 28 AM 11: 27

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

### ARTICLE II    PRINCIPAL OFFICE
The principal place of business/mailing address is:

14620 Bournemouth Rd Tampa, Fl 33626

### ARTICLE III    PURPOSE
The purpose for which the corporation is organized is:

Special Events & Marketing

### ARTICLE IV    SHARES
The number of shares of stock is:
   1,600

### ARTICLE V    INITIAL OFFICERS AND/OR DIRECTORS
List name(s), address(es) and specific title(s):

Nancy Rodriguez
President
14620 Bournemoth Rd Tampa, FL 33626

Maria P. Amador
Director
14620 Bournemouth Rd
Tampa, FL 33626

### ARTICLE VI    REGISTERED AGENT
The **name and Florida street address** (P.O. Box **NOT** acceptable) of the registered agent is:

Nancy Rodriguez
14620 Bournemouth Rd Tampa, FL 33626

### ARTICLE VII    INCORPORATOR
The **name and address** of the Incorporator is:

Nancy Rodriguez
14620 Bournemouth Rd.
Tampa, FL 33626

*************************************************************************************

*Having been named as registered agent to accept service of process for the above stated corporation at the place designated in this certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity*

Nancy Rodriguez
Signature Incorporator
Registered Agent

Date
12/26/06.
Date