**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Levitt and Sons, LLC, et al.          Case No. 07-19845-RBR
                                             Chapter 11

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, <u>American Property Locators, Inc.</u>, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ <u>1,267.87</u>, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of <u>Peter Kim</u>. Applicant further states that:

1.  (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

__ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: _August 28, 2015_

Peter Kim
Name Under Which Funds Were Deposited

Claim Number

Peter Kim
Name of Party On Whose Behalf Application Was Filed*

Address: 1110 W 8th Ave., Apt #4
Chico, CA 95926

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 73-1425193

Greg Griffith, Locator
Print Name and Title of Applicant

American Property Locators, Inc.
Print Company Name

3855 S Boulevard, Suite 200
Print Street Address

Edmond, OK 73013
Print City and State

(405) 340-4900
Telephone (including area code)

95926

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on _August 28, 2015_

_____
NOTARY PUBLIC, AT LARGE
STATE OF OKLAHOMA

[Notary Seal: KATRINA J. CUTTER, NOTARY #03004752, EXP. 04/27/19, STATE OF OKLAHOMA]

# LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

Peter Kim, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**Only to recover unclaimed funds arising from the bankruptcy of Levitt and Sons, LLC, et al. in the amount of $1,267.87,** that belong to the Principal and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 18 day of August, 2015.

**PRINCIPAL:**

_/s/ Peter Kim_
Peter Kim

PRINCIPAL'S ADDRESS:
1110 W. 8th Ave., Apt. # 4
Chico, CA 95926
321-297-8688
SSN XXX-XX- 3604

## ACKNOWLEDGMENT

( See Attached )

STATE OF _____ )

COUNTY OF _____ )

Before me a Notary Public, in and for said County and State on this _____ day of _____, 20__, personally appeared _____ personally known to me to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

_____

_____
Notary Public

CALIFORNIA NOTARY ACKNOWLEDGMENT

For An Individual Acting In His/Her Own Right:

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California      )
                         ) ss.
County of Butte          )

On  8-18-15  before me,  K. Rabe  Notary Public, personally appeared Peter Kim,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_K. Rabe_
Signature

_K. Rabe_
Print Name

[NOTARIAL SEAL]
K. RABE
COMM. #2003695
NOTARY PUBLIC - CALIFORNIA
BUTTE COUNTY
My Commission Expires 01/11/2017

My commission expires:  1-11-17

HEL6850CA (1/15)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Levitt and Sons, LLC, et al.         Case No. 07-19845
_____                      Chapter 11
         Debtor       /

### AFFIDAVIT OF CLAIMANT

I, Peter Kim , am (indicate status of claimant)

( X ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to to American Property Locators, Inc . a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

(  ) the duly authorized representative for the claimant "business" _____; or

(  ) the debtor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the debtor claiming funds deposited in the name of the in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(  ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney) who has granted a power of attorney to _____ a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 1,267.87 deposited in this court in the name of Peter Kim and representing claim number 3647  (if no claim was filed write "scheduled" in blank space).

2.        Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

LF-28 (rev. 12/01/2009)            Page 1 of 2

3.	I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 8/18/15

_____
signature of claimant or representative of "business" claimant

Peter Kim_____
print name

__N/A_____
Title

__3604_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport"

1110 W. 8th Ave., Apt. # 4, Chico  CA 95926
address

321-297-8688_____
phone number

N/A_____
signature of joint debtor (if applicable)

N/A_____
print name

N/A_____
Last Four Digits of Social Security # or Tax ID# (EIN #)

Sworn to and Subscribed before me on _____.

*Attached*

_____
NOTARY PUBLIC, AT LARGE

STATE OF _____

LF-28  (rev. 12/01/2009)			Page 2 of 2

CALIFORNIA NOTARY ACKNOWLEDGMENT

For An Individual Acting In His/Her Own Right:

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
                           ) ss.
County of Butte            )

On 8·18·15 before me, K. Rabe Notary Public, personally appeared Peter Kim ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_K. Rabe_
Signature

_K. Rabe_
Print Name

[NOTARIAL SEAL]
K. RABE
COMM. #2003695
NOTARY PUBLIC - CALIFORNIA
BUTTE COUNTY
My Commission Expires 01/11/2017

My commission expires: 1-11-17

HEL6850CA (1/15)

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

| In re: Levitt and Sons, LLC, et al. | Case No.  07-19845 |
|---|---|
|  | Chapter  11 |
| Debtor_____/ |  |

STATEMENT OF SOCIAL SECURITY NUMBER(S) OF UNCLAIMED FUNDS
APPLICANT/CLAIMANT

1. Name of unclaimed funds claimant (enter Last, First, Middle):Peter Kim

    (*Check the appropriate box and, if applicable, provide the required information.*)

    X   Claimant has a Social Security Number and it is: 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

    (*If more than one, state all.*)

    ☐   Claimant does not have a Social Security Number.

2. Name of unclaimed funds applicant (if different than claimant) (enter Last, First, Middle):__N/A_____

    (*Check the appropriate box and, if applicable, provide the required information.*)

    ☐   Applicant has a Social Security Number and it is: _ _ _-_ _-_ _ _ _

    (*If more than one, state all.*)

    ☐   Applicant does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

x _____    8/18/15
         Signature of Claimant                            Date

      N/A
x _____    _____
         Signature of Applicant (if different than claimant)    Date

_____

*Note:* *This form must be submitted at the time of filing the application to withdraw unclaimed funds and affidavit of claimant. This form shall be retained by the clerk as a non public record. If supporting documentation supplied contains the social security number, please attach it to this document.*

LF-87  (12/01/03)


**WELLS FARGO**

# Jurat Certificate    California only

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ Butte _____

Subscribed and sworn to (or affirmed) before me on this __18__

day of __Aug__, 20_15_, by __Peter Kim__

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Place Seal Here        Signature __K Rabe__

```
K. RABE
COMM. #2003695
NOTARY PUBLIC - CALIFORNIA
BUTTE COUNTY
My Commission Expires 01/11/2017
```

## Description of Attached Document

Type or Title of Document __stmt of Social Security Number of unclaimed fund applicants__

Document Date __8.18.15__    Number of Pages __3__

Signer(s) Other Than Named Above __none__

DSG 3018 CA (Rev 02-2/15)

OMB No. 1545-0008 | Form **W-2 Wage and Tax Statement** 2007

| 7 Social security tips | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
|  | 30.00 |  |
| 8 Allocated tips | 3 Social security wages | 4 Social security tax withheld |
|  | 30.00 | 1.86 |
| 9 Advance EIC payment | 5 Medicare wages and tips | 6 Medicare tax withheld |
|  | 30.00 | 0.44 |

c Employer's name, address, and ZIP code

MODIS INC.
1 INDEPENDENT DRIVE 8TH FL
JACKSONVILLE FL 32202

| 10 Dependent care benefits | 11 Nonqualified plans | 12a |
|---|---|---|
| b Employer Identification number (EIN) 65-0000600 | | 12b |
| a Employee's social security number | | 12c |
| 14 Other | | 12d |
| | | 13 Statutory employee / Retirement plan / Third-party sick pay |

e Employee's name, address, and ZIP code

PETER KIM
738 EAST MICHIGAN ST
UNIT 101
ORLANDO FL 32806

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name | |

Copy 2-For Employee's State, City or Local Income Tax Return

Dept. of the Treasury -- IRS

*Proof of Previous address.*