ORDERED in the Southern District of Florida on 2/12/16



Raymond B. Ray, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Case No. 07-19845-RBR
 Chapter 11

Levitt & Sons, LLC

_____Debtor_____/

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by Anthony & Irene K. Costanzo on behalf of Anthony & Irene K. Costanzo and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, following review by the clerk of the sufficiency of the Application to Withdraw Unclaimed Funds and all supporting documents submitted, the clerk is directed to remit to Anthony & Irene K. Costanzo and, if applicable, the "funds locator" or attorney submitting the application, __N/A__, the sum of $ 3,935.40 now held as unclaimed funds in the treasury for the original claimant Anthony & Irene K. Costanzo .

If the applicant is a "funds locator" or attorney, the check for these funds shall issue in the name of the party on whose behalf the funds are being claimed and the "funds

LF-29 (rev. 12/01/09) Page 1 of 2

locator" or attorney.

###

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)