**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov



In re:

Case No: 07-19845-BKC-RBR
Chapter: 11

Levitt and Sons, LLC

_____ Debtor _____ /

### APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, Dilks & Knopik, LLC, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $24,720.19, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of Boral Bricks Inc. Applicant further states that:

1.    (Indicate one of the following items:)

   __X__ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant.  If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   ____ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   ____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited.  Applicant has reviewed all applicable records and states that no other application for this claim has been

submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2.    Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitle to submit an application for this claim.

3.    Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: January 12, 2018

Boral Bricks Inc
Name Under which Funds Were Deposited

584846
Claim Number

Dilks & Knopik, LLC as assignee to Meridian Brick LLC
Name of Party on Whose Behalf Application was Filed*

Address:
35308 SE Center Street
Snoqualmie, WA 98065

Signature of Applicant
(Note: In addition to signing, complete all Information below)

ID# 74-3049851

Brian J. Dilks, Managing Member
*Print name and title of Applicant

Dilks & Knopik, LLC
Print Company Name

35308 SE Center Street
Print Street Address
Snoqualmie, WA 98065-9216
Print City and State
(425) 836-5728
Telephone (Including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being field

Sworn to and Subscribed before me
On January 12, 2018

NOTARY PUBLIC, AT LARGE
STATE OF WASHINGTON

## PROOF OF SERVICE OF APPLICATION

Notice is hereby given that on <u>January 12, 2018</u> a <u>copy</u> of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties for the Southern District of Florida by U.S. Mail at the following addresses:

United States Attorney
99 NE 4th Street
Miami, FL 33132

Levitt and Sons, LLC
Debtor
2200 W. Cypress Creek Road
Fort Lauderdale, FL 33309

James S Feltman
Case Trustee
1 Biscayne Tower #1800
Miami, FL 33131

Furthermore, a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the following parties for the Southern District of Florida by electronic mail at the following email addresses:

Jordi Guso
Debtor's Attorney
jguso@bergersingerman.com

Dated: January 12, 2018

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
As assignee to Meridian Brick LLC

## EXPLANATION OF DOCUMENTATION

Dividends were not collected by the creditor, Boral Bricks Inc. Boral Bricks Inc converted to Boral Bricks LLC, as evidenced by Exhibit A. Boral Bricks LLC merged into Meridian Brick LLC, as evidenced by Exhibit B. Meridian Brick, LLC has assigned its claim to Dilks & Knopik, LLC, as evidenced by the attached Assignment Agreement and the Transfer of Claim filed on 1/12/2018 (docket number #6947).

Pages 1 – 3: Application to Withdraw Unclaimed Funds

Page 4: Proof of Service of Application

Page 5: Explanation of Documentation (This Page)

Pages 6 – 8: Photo Identification, Business Card and Statement of Authority for Brian Dilks

Page 9: Transfer of Claim (Docket # 6947)

Pages 10 – 13: Purchase and Assignment Agreement

Page 14: Copy of business card for signer of Purchase and Assignment Agreement

Pages 15 – 17: Exhibit A

Pages 18 – 20: Exhibit B

Pages 21 - 22: Affidavit of Claimant

Page 23: Proof of Address

Pages 24 – 25: Form AO-213

Pages 26 - 27: Order for Payment of Unclaimed Funds

This Application contains a total of **27** pages.

Dated: January 12, 2018

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
As assignee to Meridian Brick LLC

Dilks | & | Knopik

*When Success Matters*

**Brian Dilks**
Managing Member

35308 SE Center Street
Snoqualmie, WA 98065
Ph. 877-836-5728 x 101
Fx. 877-209-8249
brian.dilks@dilksknopik.com

www.dilksknopik.com

# Dilks | & | Knopik

## <u>Statement of Authority</u>

The undersigned being duly sworn, states that the below listed individuals are authorized to execute all claim documents on behalf of Dilks & Knopik, LLC, and its subsidiaries, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property on the Company's behalf.

**<u>Brian J Dilks –President – Managing Member</u>**

**<u>Jeff Hudspeth –Vice President – Sales</u>**

**<u>Andrew Drake –Vice President – Operations</u>**

Dilks & Knopik, LLC

Caryn M Dilks
Managing Member
35308 SE Center Street
Snoqualmie, WA 98065
425-836-5728 x101

Subscribed and sworn to me this Wednesday, May 11, 2016

Notary Signature

Printed Name: _Andrew T. Drake_

My Commission Expires: _9/9/19_





35308 SE Center Street
Snoqualmie, WA 98065

Phone 836-5728
Fax
Email admin@dilksknopik.com

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Florida

In re    Levitt and Sons, LLC        ,        Case No.    07-19845-BKC-RBR

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Dilks & Knopik, LLC | Boral Bricks Inc |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):     584846
Amount of Claim:
Date Claim Filed:

Phone:    425-836-5728
Last Four Digits of Acct #:

Phone:    770-645-4500
Last Four Digits of Acct #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Brian J Dilks - President        Date:    1/12/2018
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Dilks | & | Knopik

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of Tuesday, December 19, 2017 (the "Effective Date") by and between Dilks & Knopik, LLC, a Washington Limited Liability Company, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Meridian Brick LLC, successor in interest to Boral Bricks Inc., with an address of PO Box 1957, Augusta GA 30903-1957 (the "Assignor").

## 1. Recitals

1.1.    Assignor is/was a properly named and lawful creditor in Levitt and Sons, LLC (07-19845-BKC-RBR) as filed in the Southern District of Florida (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the amount of $24,720.19 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

1.2.    Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

1.3.    In the event that the Funds do not provide remittances to the assignee within 400 days of the assignment, transfer, or conveyance by Assignor then the account(s) so specified will revert all rights, title, and interest in the account(s) to the Assignor thereby ending and further collection efforts by the Assignee on the specified account(s) that did not provide remittance by the Assignee.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

## 2. Assignment of Interest.

2.1.    *Assets Assigned.* The assets herein assigned to Assignee are those stated in paragraph 1.1 above, or if more than one creditor claim was made in the Cases identified in Schedule 1, attached hereinto and incorporated by reference, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1.1 in the Unclaimed Funds Registry.

2.2.    *Assignment of Interest.* As herein Assignor, hereby does assign, transfer and convey all of Assignor's rights, title, and interest in the Funds, in an AS IS basis, for good and valuable consideration without undue influence or coercion, and of his/her/its free will. In the interest of consummating this Agreement, both parties do acknowledge and agree to fulfill their obligations herein to affect the lawful assignment, transfer, and conveyance of the Funds to Assignee.

2.3.    *Consideration.* The consideration herein given by Assignee to Assignor shall be the sum of $▇▇▇▇ to be paid by any lawful tender upon execution of this Agreement, receipt of the Funds, and fulfillment of the obligations hereunder.

On this **12** day of **January**, 2018. I certify that the preceding or attached document titled **Assignment Agreement** (. **4** pages) is a true, accurate, complete and redacted copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Andrew T. Drake – Notary Public
My commission expires: September 9th, 2019

ANDREW T. DRAKE
COMMISSION EXPIRES
NOTARY
PUBLIC
9-09-19
STATE OF WASHINGTON

Page 1 of 4

2.4.    *Power of Attorney.* To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

3.    **Closing.** The closing of the transaction herein shall be done immediately upon fulfillment of each parties obligations hereunder, or on such other date as the parties may agree (the "Closing Date"). At the closing, Assignor shall deliver an original of this Agreement and such other documents as may be required to consummate this transaction, and Assignee shall deliver a countersigned Agreement and any other document(s) requiring countersignature, and the consideration herein. Any closing costs shall be paid by the party incurring such costs.

4.    **Representations and Warranties.**

4.1    *Assignor.* Assignor does hereby represent and warrant that (a) he/she/it is legally competent to execute this Agreement, and has full power, authority and legal right to execute, deliver, and perform as agreed under this Agreement, (b) that he/she/it is the sole and lawful entity entitled to the Funds herein assigned to Assignee, (c) that he/she/it has not otherwise pledged, sold, assigned, transferred, or conveyed the interest herein assigned to Assignee to any other party, person or entity, in whole or in part, providing such proof as may be necessary (d) that he/she/it is not involved in any legal proceeding that may affect any right to assign, transfer or convey to Assignee the interest in the Funds herein contemplated, (e) that he/she/it performs under this contract without undue influence or coercion on the party of the Assignee or any other party, and (f) that he/she/it shall cooperate with Assignee to fulfill his/her/its obligations under this Agreement and to Assignor, including execution of this Agreement and such other documents as may be necessary to effect the assignment to Assignee without delay. Assignor has verified that all Funds are currently owned by Assignor.

4.2    *Assignee.* Assignee does hereby represent and warrant that it has full power, authority and legal right to execute this Agreement, and shall cooperate with Assignor to fulfill its obligations under this Agreement.

*5*    **General Provisions.**

5.1    *Enforceability.* This Agreement constitutes full understanding of the parties superseding any and all prior agreements, oral or written, and the binding obligations of the parties in accordance its terms except as may be limited by operation of law.

5.2    *Binding Effect.* The terms and provisions of this Agreement shall be binding on and inure to the benefit of the successors, assigns, heirs, and legatees of the parties.

5.3    *Notices.* Any notices required to be provided hereunder shall be delivered to the address of each party as first stated above, or such other address of which each party may notice the other.

5.4    *Headings.* All headings contained herein are for convenience of reference and organization only, and shall not be construed or interpreted to be part of this Agreement, nor affect in any way its meaning or interpretation.

5.5    *Mutual Writing.* This Agreement has been drafted by mutual contribution of the parties, and shall not be construed against either party due to authorship.

5.6    *Counterparts.* This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

5.7    *Advice of Counsel.* Assignor has sought independent legal advice or hereby waives the opportunity to seek such legal advice prior to the execution of this Agreement.

5.8    *Severability.* In the event any provision herein is deemed to be invalid, illegal, or unenforceable, such provision shall be removed, but all other provisions herein shall remain in full force and effect.

5.9    *Choice of Law.* This Agreement shall be interpreted in the law of Washington State, any disputes, claims, or controversies arising under or related to it shall be brought in a court of competent jurisdiction in King County, Washington. In the event of matter brought before a court, both parties waive its right to trial by jury, and specifically agree that any matter brought by either party may be decided by a bench trial, or if appropriate by arbitration under the rules of the court governing such procedure.

5.10    *Time of the Essence.* The parties hereto acknowledge that time is of the essence in the performance of all obligations under this Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____
Meridian Brick LLC, successor in interest to Boral
Bricks Inc.

Print Name: __BARRY L. ALLEO__

Assignee: _____
Dilks & Knopik, LLC
Brian J Dilks - Member

# Dilks | & | Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Boral Bricks, Inc. ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Levitt and Sons, LLC
Court: United States Bankruptcy Court - Southern District of Florida
Case Number: 07-19845-BKC-RBR
Chapter: 11
Original Creditor: Boral Bricks Inc
Unclaimed Amount: $24,720.19
Claim #: 584846
Purchase Price: ▮▮▮▮▮

CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Tuesday, December 19, 2017.


Meridian Brick LLC, successor in interest to Boral Bricks Inc

Print Name: _BARRY L. ALLEN_

Page 4 of 4



Build something great ™

**Barry Allen**
*Accounting Manager- SBS*

**Boral Industries Inc.**
1630 Arthern Road
PO Box 1957
Augusta, GA 30903-1957

D: 706 823 8887
C: 706 414 8186
F: 866 410 5603
E: barry.allen@boral.com

www.boralna.com

Control Number : J101512

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

### CERTIFICATE OF CONVERSION

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia hereby certify under the seal of my office that a certificate of conversion has been filed effective 10/28/2016 converting

**BORAL BRICKS INC.**

**a Domestic Profit Corporation**

to

**Boral Bricks LLC**

**a Domestic Limited Liability Company**

The required fees as provided by Title 14 of the Official Code of Georgia Annotated have been paid.

WITNESS my hand and official seal in the City of
Atlanta and the State of Georgia on 10/26/2016



*B: P. h*

Brian P. Kemp
Secretary of State

Exhibit A

**CERTIFICATE OF CONVERSION**
**OF**
**BORAL BRICKS INC.**
**TO BECOME A**
**LIMITED LIABILITY COMPANY**
**UNDER**
**THE GEORGIA LIMITED LIABILITY COMPANY ACT**

1.  The name of the entity making the election under O.C.G.A. § 14-11-212 is Boral Bricks Inc., a corporation organized under the laws of the State of Georgia (the "Corporation").

2.  The Corporation elects to become a limited liability company under the Georgia Limited Liability Company Act, O.C.G.A. § 14-11-100 et seq.

3.  This conversion shall be effective at 12:01 a.m. local time on October 28, 2016.

4.  The conversion has been approved by the Board of Directors and the shareholders of the Corporation in accordance with O.C.G.A. §§ 14-11-212(a) and 14-2-1109.1(d).

5.  With this Certificate of Conversion, Articles of Organization in the form required by O.C.G.A. § 14-11-204 are being filed with the Secretary of State of Georgia, under the name "Boral Bricks LLC" (which satisfies the requirements of O.C.G.A. § 14-11-207) and such Articles of Organization shall govern the limited liability company being formed by this election (the "Company"), unless and until modified in accordance with the Georgia Limited Liability Company Act.

6.  All of the shares of capital stock of the Corporation now outstanding shall be converted into 100% of the outstanding membership interests in the Company.

*[Signature on following page]*

Exhibit A

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Conversion this 25th day of October, 2016.

BORAL BRICKS INC.

By: _____

Ernest C. McLean III
Vice President and Secretary

- 2 -

Exhibit A

Control Number : 17032286

# STATE OF GEORGIA

### Secretary of State
#### Corporations Division
#### 313 West Tower
#### 2 Martin Luther King, Jr. Dr.
#### Atlanta, Georgia 30334-1530

### CERTIFICATE OF MERGER

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, do hereby issue this certificate pursuant to Title 14 of the Official Code of Georgia Annotated certifying that articles or a certificate of merger and fees have been filed regarding the merger of the below entities, effective as of **04/01/2017**. Attached is a true and correct copy of the said filing.

**Surviving Entity:**

Meridian Brick LLC, a Foreign Limited Liability Company

**Nonsurviving Entity/Entities:**

Boral Bricks LLC, a Domestic Limited Liability Company
FORTERRA BRICK, LLC, a Foreign Limited Liability Company

WITNESS my hand and official seal in the City of
Atlanta and the State of Georgia on 03/29/2017



Brian P. Kemp
Secretary of State

Exhibit B

**ARTICLES OF MERGER**
**OF**
**BORAL BRICKS LLC**
**(a Georgia limited liability company)**
**AND**
**FORTERRA BRICK, LLC**
**(a Delaware limited liability company)**
**WITH AND INTO**
**MERIDIAN BRICK LLC**
**(a Delaware limited liability company)**

Pursuant to the provisions of Section 14-11-904 of the Georgia Limited Liability Company Act (the "Act"), Meridian Brick LLC, a Delaware limited liability company (the "Surviving Company"), executes the following Articles of Merger:

1. Pursuant to a plan of merger, dated as of March 9, 2017 (the "Plan of Merger"), Forterra Brick, LLC, a Delaware limited liability company, and Boral Bricks LLC, a Georgia limited liability company, will merge with and into the Surviving Company (the "Merger").

2. Meridian Brick LLC will be the surviving limited liability company resulting from the Merger.

3. The executed Plan of Merger is on file at the principal place of business of the Surviving Company which is located at 7400 Carmel Executive Park, Suite 200, Charlotte, NC 28266. A copy of the Plan of Merger will be furnished by the Surviving Company, on request and without cost, to any member of any constituent limited liability company which is to merge.

4. The Plan of Merger has been duly authorized and approved by each constituent limited liability company in accordance with Section 14-11-903 of the Act.

5. The Merger shall be effective at 12:01 a.m. EDT on April 1, 2017.

*[Signature Page Follows.]*

**Exhibit B**

IN WITNESS WHEREOF, Meridian Brick LLC has caused these Articles of Merger to be executed by a duly authorized person this _14ᵗʰ_day of _March_, 2017.

**MERIDIAN BRICK LLC**

By: _____

By: A. Paul Samples

Its: CEO

[Signature Page to Articles of Merger – Forterra Brick & Boral Bricks into Meridian Brick]

Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

US BANKRUPTCY COURT
DISTRICT OF FLORIDA-Miami

JAN 1 8 2013

FILED_____RECEIVED_____

In re:

Case No: 07-19845-BKC-RBR

Levitt and Sons, LLC                          Chapter: 11

_____Debtor_____ /

## AFFIDAVIT OF CLAIMANT

I, Brian J Dilks, Managing Member of Dilks & Knopik, LLC as assignee to Meridian Brick
LLC, am (indicate status of claimant):

(   ) the individual creditor (or authorized personal representative of the individual
creditor) in whose name funds were deposited with the court who has granted a
power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney to submit an
application to withdraw unclaimed funds on my behalf; or

( x ) the duly authorized representative for the claimant
"business"_____; or

(   ) the debtor claiming funds deposited in the name of a creditor in my case who
has granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or
attorney, to submit an application on my behalf; or

(   ) the debtor claiming funds deposited in the name of the in my case who has
granted a power of attorney to Dilks & Knopik, LLC, a "funds locator" or attorney, to
submit an application on my behalf; or

(   ) the duly authorized representative for claimant "business" as indicated in the
attached corporate power of attorney who has granted a power of attorney to Dilks
& Knopik, LLC, a "funds locator" or attorney, to submit an application to withdraw
unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $24,720.19 deposited in
this court in the name of Boral Bricks Inc and representing claim number 584846 (if no
claim was filed write "scheduled" in blank space).

2. Claimant History: Substantiate claimant's right to funds, including but not limited
to documents relating to sale of company, i.e. purchase agreements and/or stipulation by
prior and new owner as to right of ownership of funds. Attach certified copies of all
necessary documentation, including those which establish the chain of ownership of the
original corporate claimant. Also attach a copy of an official government photo id to prove
your identity.

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: <u>January 12, 2018</u>



Signature of claimant or representative of "business" Claimant

Brian J Dilks
Print Name

Managing Member
Title

9851
Last four digits of Social Security # or Tax ID# (EIN#) (Note: attach a copy of an official government photo id such as a driver's license or passport)

35308 SE Center Street,
Snoqualmie, WA 98065
Address

425-836-5728
Phone Number

Signature of Joint Debtor (if applicable)

Print name

Last four digits of Social Security # or Tax ID# (EIN#) (Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me
On <u>January 12, 2018</u>

NOTARY PUBLIC, AT LARGE
STATE OF <u>Washington</u>

Po Box 2164 is our old overflow box, P O Box 1957 is the address the payment should be sent to,
<u>3045 N Germantown Rd in Bartlett Tn 38133</u> is one of our locations where the product was sold. We have since
moved the Memphis office to 9525 Mason Rd in Cordova Tn

**Address:**
9525 Macon Road
Cordova, TN 38016
<u>View Map & Directions</u>

**Phone:** (901) 624-6889
**Fax:** (901) 309-3424

**Store Hours:**
Monday - Friday: 7:30 AM - 4:00 PM
Saturday - Sunday: Closed

**Center Manager / Sales:**
Mitch Platz - 901-870-7970

**Sales Representative:**

John McCallum - 901-870-5362



****PLEASE NOTE - MY EMAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR ADDRESS BOOK INFORMATION TO MY NEW EMAIL ADDRESS - ████████@meridianbrick.com****

Sherry Hagy
Credit & Accounts Receivables Manager
Meridian Brick LLC

Office: (706) 823-8851
Mobile: (706) 699-5154
Fax: (866) 410-5538
Email:████████@meridianbrick.com



**MERIDIAN™**
**BRICK**

1630 Anthem Road Augusta Georgia 30901
http://www.meridianbrick.com

NOTICE: This email message and all attachments are for the sole use of the intended recipient(s) and may contain confidential and privileged information. If you are not the
intended recipient, you may not read, disseminate, distribute, copy or otherwise use this message or its attachments. If you have received this message in error, please contact the
sender by reply email and destroy all electronic and paper copies of the original message. Thank you.

**From:** Michelle Langbecker [mailto:████████g████@dilksknopik.com]
**Sent:** Thursday, January 11, 2018 10:30 AM
**To:** Hagy, Sherry (Meridian - Augusta) ████████@meridianbrick.com>
**Subject:** RE: Funds owed to Boral Bricks, Inc. D&K:0000026001186

Address Proof

| CASE NO. | BUSINESS/LAST NAME OF CLAIMANT | FIRST NAME OF CLAIMANT | ADDRESS | CITY | STATE | ZIP | CLAIM # | AMOUNT | RECEIPT NUMBE |
|---|---|---|---|---|---|---|---|---|---|
| 07-19845 | KNEE | JOHN C & CAROLE A | 9166 AUGUST CIR | ST AUGUSTINE | FL | 32080 | 121240 | $419.74 | |
| 07-19845 | ORTIZ | MARISOL & CARMEN S | 200 PASCO TERRAZA NO 304 | ST AUGUSTINE | FL | 32095 | 121251 | $43.81 | |
| 07-19845 | BARNA | MARTIN & BARBARA | 2800 APPALALACHEE WAY | JACKSONVILLE | FL | 32259 | 121254 | $697.97 | |
| 07-19845 | RIDDLEBERGER | PAUL LINWOOD | 27 WILLIAMS DR | PALM COAST | FL | 32164 | 121256 | $352.00 | |
| 07-19845 | GELINAS | RICHARD L & SUZANNE M | 609 SUN DOWN CIRCLE | ST. AUGUSTINE | FL | 32080 | 121260 | $480.27 | |
| 07-19845 | MORSE | STEPHEN & SHARON | 3 SUNNYHILL ROAD | NORTHBOROUGH | MA | 01532 | 121273 | $252.72 | |
| 07-19845 | LITTLEWOOD | BRIAN & ANGIE | 1619 NECTARINE TRAIL | CLERMONT | FL | 34714 | 121280 | $330.89 | |
| 07-19845 | RIVERA | FERDINAND | 2679 ANDROS LANE | KISSIMMEE | FL | 34747 | 121283 | $98.11 | |
| 07-19845 | HELLMAN | PAUL & DOROTHY | 347 SANTA ANITA AVE | WOODSTOCK | GA | 30189 | 121297 | $543.15 | |
| 07-19845 | HESS | PAUL | 10718 ROLLING SPRINGS DR | INDIANAPOLIS | IN | 46234 | 121298 | $227.43 | |
| 07-19845 | WOYAR | RICHARD & MELODY | 2273 LOREN FALLS CT | MARIETTA | GA | 30008 | 121302 | $391.93 | |
| 07-19845 | BOGARDUS | YVONNE | 308 WHITE OAK WAY | CANTON | GA | 30014 | 121316 | $374.20 | |
| 07-19845 | SCHUCK | CAROL & WILLIAM | 3108 DEER TRL | ALPHARETTA | GA | 30004 | 121321 | $413.48 | |
| 07-19845 | SLOAN | MARLIN A JR & SARA J | 4317 WINDERLAKES DR | ORLANDO | FL | 32835 | 121351 | $178.13 | |
| 07-19845 | DITTA | PATRICIA | 206 WATERFRONT PARK LANE | DAWSONVILLE | GA | 30534 | 121359 | $507.85 | |
| 07-19845 | GINES | DAVID & ANNA | 6118 FOXMOOR COURT | GAINESVILLE | GA | 30506 | 121388 | $347.83 | |
| 07-19845 | HECHT | DENNIS & JOAN | 2490 HAMILTON PARC LN | BUFORD | GA | 30519 | 121390 | $188.35 | |
| 07-19845 | WILLIAMS | JAMES R | 9685 45TH WAY | N PINELLAS PARK | FL | 33782 | 121413 | $26.51 | |
| 07-19845 | HOLZBERGER | KEITH & KIMBERLY | 7424 W WILLOWBROOK CT 114 N | MEQUON | WI | 53092 | 121416 | $465.38 | |
| 07-19845 | COSTANZO | ANTHONY & IRENE K | 4008 EDENBOROUGH DR | MYRTLE BEACH | SC | 29588 | 121428 | $640.91 | |
| 07-19845 | SHANAHAN | JOHN | 157 RICHDALE RD | NEEDHAM | MA | 02494 | 121535 | $185.02 | |
| 07-19845 | SEHLKE | BRIAN & JACQUELINE RADCLIFFE | 1985 BEL AIRE STAR PKWY | SARASOTA | FL | 34240 | 121564 | $1,059.11 | |
| 07-19845 | SHEPHERD | LARRY | 8111 PLANTERS KNOLL TRAIL | UNIVERSITY PARK | FL | 34201 | 121569 | $248.29 | |
| 07-19845 | NEOPOST | | PO BOX 45600 | SAN FRANCISCO | CA | 94145 | 584536 | $9.83 | |
| 07-19845 | SOUTHERN TURF | | 3825 ROUSE RD | ORLANDO | FL | 32817 | 584641 | $2.22 | |
| 07-19845 | SERVICEMASTER OF SW SEMINOLE | | 1718 KENNEDY POINT NO 1016 | OVIEDO | FL | 32765 | 584645 | $12.68 | |
| 07-19845 | US STORING & EQUIPMENT CO | | 103 W 7TH STREET | ORLANDO | FL | 32824 | 584647 | $79.11 | |
| 07-19845 | ZEPHYRILLS | | PO BOX 52214 | PHOENIX | AZ | 85072 | 584648 | $0.22 | |
| 07-19845 | AMERICAN WINDOW CO | | 3551 W FIRST STREET | SANFORD | FL | 32771 | 584661 | $7.34 | |
| 07-19845 | B SHEA INC | | 1650 FORREST AVE STE 100 | LONGWOOD | FL | 32750 | 584664 | $6.41 | |
| 07-19845 | BROWNCORP CONSTRUCTION CONTRACTING INC | | 13603 GRANVILLE AVE | CLERMONT | FL | 34711 | 584667 | $2.88 | |
| 07-19845 | CHARLES M CLARK INC | | 4440 METRIC DR STE E | WINTER PARK | FL | 32792 | 584668 | $3.42 | |
| 07-19845 | FOOTE STEEL CORP | | 6635 EDGEWATER DR | ORLANDO | FL | 32810 | 584672 | $73.10 | |
| 07-19845 | JCI PAINTING CORP & MA BRUDER & SONS INC | | 600 REED ROAD | BROOMALL | PA | 19008 | 584674 | $0.99 | |
| 07-19845 | MAROTTA ENTERPRISES INC CENTRAL FLA | | 4855 DISTRIBUTION CT UNIT 9 | ORLANDO | FL | 32822 | 584678 | $30.01 | |
| 07-19845 | SERVPRO OF SOUTH ORANGE COUNTY | | PO BOX 692568 | ORLANDO | FL | 32869 | 584684 | $2.57 | |
| 07-19845 | SOUTHERN MARBLE &DESIGN CENTRAL FLORIDA | | 35 W GRANT ST UNIT A | ORLANDO | FL | 32806 | 584685 | $29.57 | |
| 07-19845 | SHENDELL & POLLACK PL | | 621 NW 53RD ST STE 310 | BOCA RATON | FL | 33487 | 584688 | $22.16 | |
| 07-19845 | A BETTER CHOICE PLUMBING | | PO BOX 1841 | UMATILLA | FL | 32784 | 584694 | $213.35 | |
| 07-19845 | ALL IN ONE RESURFACING | | 540 E BRACH ST | GROVELAND | FL | 34736 | 584701 | $13.88 | |
| 07-19845 | ARCHITECTURAL AMENITIES OF CENTRAL FLORIDA | | 13910 LYNMAR BLVD | TAMPA | FL | 33626 | 584707 | $15.53 | |
| 07-19845 | COLE INDUSTRIAL & TECH SUPPLY CO INC | | PO BOX 5267 | TAMPA | FL | 33675 | 584720 | $22.87 | |
| 07-19845 | CURTIS TILE & STONE CENTRAL FLORIDA | | 1441 VALLEY PINE CIR | APOPKA | FL | 32833 | 584727 | $10.26 | |
| 07-19845 | DEMARCO ENTERPRISES INC | | 17811 US HWY 41 | SPRING HILL | FL | 34610 | 584730 | $44.80 | |
| 07-19845 | DILIGENT CENTRAL FLORIDA ENVIRONMENTAL SVCES | | PO BOX 403929 | ATLANTA | GA | 30384 | 584731 | $34.78 | |
| 07-19845 | GULFSTREAM GRAPHICS | | 955 S CONGRESS AVE STE 103 | DELRAY BEACH | FL | 33445 | 584740 | $1.98 | |
| 07-19845 | HOME DEPOT CREDIT SERVICES | | PO BOX 6031 | THE LAKES | NV | 88901 | 584743 | $5.37 | |
| 07-19845 | LAND DEVELOPMENT AND CONSTRUCTION SERVICES | | 16510 BAY RIDGE DRIVE | CLERMONT | FL | 54711 | 584752 | $19.66 | |
| 07-19845 | MAROTTA ENTERPRISES INC CENTRAL FLA | | 4855 DISTRIBUTION CT UNIT 9 | ORLANDO | FL | 32822 | 584755 | $12.07 | |
| 07-19845 | RELIANT BUILDING PRODUCTS CENTRAL FLORIDA | | 19976 INDEPENDENCE BLVD | GROVELAND | FL | 34736 | 584765 | $10.49 | |
| 07-19845 | SOLID SURFACE SPECIALTIES | | 4249 LB MCLEOD RD STE B | ORLANDO | FL | 32811 | 584775 | $87.48 | |
| 07-19845 | ZEPHYRILLS | | PO BOX 52214 | PHOENIX | AZ | 85072 | 584784 | $6.28 | |
| 07-19845 | COLEMAN FLOOR CO | | 1930 N THOREAU DRIVE STE 100 | SCHAUMBERG | IL | 60173 | 584797 | $6.91 | |
| 07-19845 | SIMON MEYER LLC | | 2221 PEACHTREE ROAD NE STE D 827 | ATLANTA | GA | 30309 | 584823 | $6.98 | |
| 07-19845 | WOODMAN INSULATION | DEPT 40142 | PO BOX 740209 | ATLANTA | GA | 30374 | 584830 | $10.07 | |
| 07-19845 | BORAL BRICKS INC | | 3045 N GERMANTOWN RD | BARTLETT | TN | 38133 | 584846 | $2,254.48 | |
| 07-19845 | BUDGET BLINDS OF EAST | | 15401 GOODMAN RD NO 5 | OLIVE BRANCH | MS | 38654 | 584848 | $21.35 | |
| 07-19845 | COMCAST | | PO BOX 37601 | PHILADELPHIA | PA | 19101 | 584854 | $17.10 | |
| 07-19845 | CREASIE PLUMBING | | 7588 HWY 178 WEST | OLIVE BRANCH | MS | 38654 | 584855 | $532.32 | |
| 07-19845 | KOHNERT | ROSEANN | PO BOX 22081 | MEMPHIS | TN | 38122 | 584868 | $8.75 | |
| 07-19845 | SPRINT | | PO BOX 740602 | CINCINNATI | OH | 45274 | 584871 | $13.70 | |
| 07-19845 | DESCH ENT | | 2405 WARREN ROAD BOX 140 | OAKLAND | TN | 38060 | 584875 | $71.99 | |
| 07-19845 | BLEDSOE | JAMES EDDY | 1194 SPRINGDALE STREET | MEMPHIS | TN | 38108 | 584895 | $8.55 | |
| 07-19845 | MCCALL | JULIA ANN | PO BOX 342982 | BARTLETT | TN | 38184 | 584898 | $15.66 | |
| 07-19845 | MEMPHIS CERAMIC TILE INC | | 1735 LOCHEARN DRIVE | MEMPHIS | TN | 38116 | 584903 | $11.44 | |
| 07-19845 | ADVANCED POOL TECHNOLOGIES INC | | 3280 CORD AVE | SAINT CLOUD | FL | 34772 | 584927 | $32.71 | |
| 07-19845 | ALL IN ONE RESURFACING | | 540 E BEACH ST | GROVELAND | FL | 34736 | 584932 | $10.09 | |
| 07-19845 | ALPHA EMC | | 1340 TUSKA WILLA RD STE 113 | WINTER SPRINGS | FL | 32708 | 584934 | $47.79 | |
| 07-19845 | BEST WELDING & FABRICATION | | 24025 STATE RD 46 | SORRENTO | FL | 32776 | 584941 | $3.80 | |
| 07-19845 | COLE INDUSTRIAL & TECH SUPPLY CO INC | | PO BOX 5267 | TAMPA | FL | 33675 | 584953 | $100.03 | |
| 07-19845 | CT CORP | PLANTATION CORP TEAM 1 | 1200 S PINE ISLAND RD | PLANTATION | FL | 33324 | 584961 | $3.11 | |
| 07-19845 | DILIGENT CENTRAL FLORIDA ENVIRONMENTAL SVCES | | PO BOX 403929 | ATLANTA | GA | 30384 | 584965 | $13.78 | |
| 07-19845 | DOUBLE A EROSION CONTROL CORP | | 3028 KANAMWOOD CT SUITE 1024 | ORLANDO | FL | | | | |

| CASE NUMBER | BUSINESS/LAST NAME OF CLAIMANT | FIRST NAME OF CLAIMANT | ADDRESS | CITY | STATE (ex. FL, OH) | ZIP | CLAIM # | CLAIMANT AMOUNT | RECEIPT NUMBER | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-19845 | SPECIAL TOUCH OF TN LLC | | 6201 CAYCE LANE | COLUMBIA | TN | 38401 | Claim 000016 | $321.39 | | |
| 07-19845 | CUSTOMER VELOCITY INC. | | 25211 GROGANS MILL RD, STE 225 | THE WOODLANDS | TX | 77380 | Claim 000038 | $106.50 | | |
| 07-19845 | MULCH WORKS INC. | | 7430 MOORE ROAD | MEMPHIS | TN | 38120 | Claim 000214 | $1,423.02 | | |
| 07-19845 | SHELBY CHANCERY COURT | CLERK AND MASTER | RM 308 140 ADAMS | MEMPHIS | TN | 38103 | Claim 000216 | $108.25 | | |
| 07-19845 | STANFIELD | VIRGINIA | 6464 KESWICK DRIVE | MEMPHIS | TN | 38119 | Claim 000709 | $3,294.86 | | |
| 07-19845 | G&R ROOFING LLC | | 6870 HILLSHIRE STE 9 | BARTLETT | TN | 38133 | Claim 001017 | $2,594.12 | | |
| 07-19845 | THRASH | BRETT W. | 3829 DAVIES MANOR DR | BARTLETT | TN | 38133 | Claim 001044 | $251.25 | | |
| 07-19845 | QUALITY INSULATION INC | | 10600 RIDGEWOOD DR | OLIVE BRACH | TN | 38654 | Claim 001092 | $11,999.13 | | |
| 07-19845 | REGEN CAPITAL/RIVERSIDE CLAIM LLC | DAVID ENGINEERING CO INC | 6625 LENOX PARK DR STE 117 | MEMPHIS | TN | 38115 | Claim 001174 | $927.34 | | |
| 07-19845 | ALL STAR WASTE SYSTEMS LLC | | PO BOX 278 | COLLIERVILLE | TN | 38027 | Claim 001197 | $1,168.94 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003682 | $775.15 | | |
| 07-19845 | QWEST COMMUNICATIONS CORP | ATTN: JANE FREY | 1801 CALIFORNIA ST RM 900 | DENVER | CO | 80202 | Claim 001224 | $4.16 | | |
| 07-19845 | VISUAL THUNDER INC | | 3169 PLAYERS CLUB PARKWAY | MEMPHIS | TN | 38125 | Claim 001294 | $187.27 | | |
| 07-19845 | GLOBAL CENTRAL AIR SERVICE | | PO BOX 343416 | BARTLETT | TN | 38184 | Claim 001410 | $653.27 | | |
| 07-19845 | WRIGHT | VANESSA | 1275 ESSEX APT 4 | MEMPHIS | TN | 38119 | Claim 001981 | $36.64 | | |
| 07-19845 | MEJIA | JORGE | 4405 AIRLINE ROAD | ARLINGTON | TN | 38002 | Claim 003090 | $368.06 | | |
| 07-19845 | JORDAN | ESTHER | PO BOX 140 | OAKLAND | TN | 38060 | Claim 003096 | $852.00 | | |
| 07-19845 | FIRST TN BANK, N.A. | FIRST HORIZON NATIONAL CORP | 6522 CHAPMAN HWY | KNOXVILLE | TN | 37920 | Claim 003243 | $1,910.85 | | |
| 07-19845 | QUALITY INSULATION INC | | 10600 RIDGEWOOD DRIVE | OLIVE BRACH | TN | 38654 | claim #1092 | $14,562.32 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003680 | $5,966.25 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003681 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003683 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003685 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003687 | $4,185.36 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003688 | $4,185.36 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003689 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003690 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003691 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003692 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003693 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003694 | $4,197.00 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003695 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003696 | $710.61 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 003697 | $775.15 | | |
| 07-19845 | CIT TECHNOLOGY FINANCING SERVICES | | 800 E SONTERRA BLVD, SUITE 240 | SAN ANTONIO | TX | 78258 | Claim 004021 | $7,933.21 | | |
| 07-19845 | RUDEN MCCLOSKY SMITH SCHUSTER & RUSSELL PA | ATTN: RICHARD MALCHON, ESQ | 401 E JACKSON ST, STE 2700 | TAMPA | FL | 33602 | Claim 004212 | $1,350.59 | | |
| 07-19845 | WILLIAMS SCOTSMAN INC. | AIMEE DUBON | 8211 TOWN CENTER DR | BALTIMORE | MD | 21236 | Claim 004272 | $22.85 | | |
| 07-19845 | TAYLOR | JASON OR LASHONA | 2682 WIGAN COVE | CORDORA | TN | 38016 | Claim 004296 | $248.10 | | |
| 07-19845 | BONDED BUILDERS SERVICES CORP | JIMMY D. PARRISH, ESQ. | 390 N. ORANGE AVE, STE 600 | ORLANDO | FL | 32801 | Claim 004389 | $123.54 | | |
| 07-19845 | BONDED BUILDERS SERVICES CORP | JIMMY D. PARRISH, ESQ. | 390 N. ORANGE AVE, STE 600 | ORLANDO | FL | 32801 | Claim 004394 | $2,488.36 | | |
| 07-19845 | BORAL BRICKS INC. | | 3045 N GERMANTOWN RD | BARTLETT | TN | 38133 | Claim 584846 | $22,465.71 | | |
| 07-19845 | BUDGET BLINDS OF EAST | | 15401 GOODMAN ROAD NO. 5 | OLIVE BRACH | MS | 38654 | Claim 584848 | $212.79 | | |
| 07-19845 | COMCAST COMMERCIAL | | PO BOX 37601 | PHILADELPHIA | PA | 19101 | Claim 584854 | $170.40 | | |
| 07-19845 | CREASIE PLUMBING | | 7588 HWY 178 WEST | OLIVE BRACH | MS | 38654 | Claim 584855 | $5,304.55 | | |
| 07-19845 | KOHNERT | ROSEANN | PO BOX 22081 | MEMPHIS | TN | 38122 | Claim 584866 | $67.31 | | |
| 07-19845 | SPRINT | | PO BOX 740602 | CINCINNATI | OH | 45274 | Claim 584871 | $136.52 | | |
| 07-19845 | DESCH ENT | | 2405 WARREN ROAD, PO BOX 140 | OAKLAND | TN | 38060 | Claim 584875 | $717.38 | | |
| 07-19845 | BLEDSOE | JAMES EDDIE | 1194 SPRINGDALE STREET | MEMPHIS | TN | 38108 | Claim 584895 | $85.20 | | |
| 07-19845 | MCCALL | JULIA ANN | PO BOX 342982 | BARTLETT | TN | 38184 | Claim 584898 | $155.98 | | |
| 07-19845 | MEMPHIS CERAMIC TILE INC | | 1735 LOCHEARN DR | MEMPHIS | TN | 38116 | Claim 584903 | $114.04 | | |
| 07-19845 | PEREZ | LUIS | 1461 DEXTER LAKE DR NO 204 | CORDOVA | TN | 38016 | Claim 585148 | $120.64 | | |
| 07-19845 | FROST | ROBERT | 11154 EWE TURN DRIVE | ARLINGTON | TN | 38002 | Claim 585150 | $5,952.50 | | |
| 07-19845 | CRAWFORD | SUSAN | 130 KYLIE GAYLE ROAD | OAKLAND | TN | 38060 | Claim 585151 | $455.93 | | |
| 07-19845 | CITY OF HENDERSENVILLE | | 101 MAPLE DRIVE NORTH | HENDERSONVILLE | TN | 37075 | claim #4399 | $292.00 | | |
| | | | | | | | | | | |
| | TOTAL | | | | | | | $116,958.20 | | |