

ORDERED in the Southern District of Florida on February 10, 2020.

**Paul G. Hyman, Jr.,Judge**
**United States Bankruptcy Court**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Levitt and Sons, LLC

Case No. 07-19845
Chapter 11

_____Debtor_____/

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application by First Horizon Bank, Ultimate Successor By Merger on behalf of First Horizon National Corp First TN Bank, N.A._____and in accordance with the provisions of 28 U.S.C. §2042 and Local Rule 3011-1(D), it is

**ORDERED** that, the clerk is directed to disburse, after 14 calendar days from entry of this order, payment to First Horizon Bank_____ and, if applicable, the "funds locator" or attorney submitting the application, _____, the sum of $ 1,910.85_____now held as unclaimed funds in the treasury for the original claimant First Horizon National Corp First TN Bank, N.A._____.

If the applicant is a "funds locator" or attorney, the check for these funds shall issue

LF-29 (rev. 08/20/19)                    Page 1 of 2

in the name of the party on whose behalf the funds are being claimed and the "funds

locator" or attorney.

**###**

**Copies to:**
Funds Recipient(s)
Funds Locator or Attorney (if applicable)
Creditor (if applicable)